# UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF CALIFORNIA

In re: JAMES FLOYD CANNON　　　　　　　　　　　　　　　　　　　　Case No.: 15-11835-A-13K
　　　　JAMIE DARLENE CANNON
　　　　　　Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Michael H. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/06/2015.
2) The plan was confirmed on NA.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was converted on 08/13/2015.
6) Number of months from filing or conversion to last payment: 0.
7) Number of months case was pending: 3.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 125,525.00.
10) Amount of unsecured claims discharged without full payment: .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**
　　Total paid by or on behalf of the debtor:　　　　$.00
　　Less amount refunded to debtor:　　　　　　　　$.00
**NET RECEIPTS:**　　　　　　　　　　　　　　　　　　　　　　　$.00

**Expenses of Administration:**
　　Attorney's Fees Paid Through The Plan:　　　　$.00
　　Court Costs:　　　　　　　　　　　　　　　　　$.00
　　Trustee Expenses and Compensation:　　　　　　$.00
　　Other:　　　　　　　　　　　　　　　　　　　　$.00
**TOTAL EXPENSES OF ADMINISTRATION:**　　　　　　　　　　　　$.00

Attorney fees paid and disclosed by debtor:　　　　$100.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| A-L FINANCIAL CORP | Secured | 6,747.00 | 7,011.83 | 7,011.83 | .00 | .00 |
| ALTAONE FCU | Unsecured | 21,007.00 | NA | NA | .00 | .00 |
| BARRETT JANEWAY PIKE | Secured | 136,510.40 | 136,510.40 | .00 | .00 | .00 |
| BARRETT JANEWAY PIKE | Secured | NA | .00 | .00 | .00 | .00 |
| BARRETT JANEWAY PIKE | Secured | 10,000.00 | NA | NA | .00 | .00 |
| CAMELBACK INVESTMENTS | Secured | 33,406.87 | NA | NA | .00 | .00 |
| CAPIAL ONE | Unsecured | 2,063.00 | NA | NA | .00 | .00 |
| CAPITAL 1 BANK | Unsecured | 453.00 | NA | NA | .00 | .00 |
| CAPITAL ONE | Unsecured | 1,778.00 | NA | NA | .00 | .00 |
| CATERPILLAR FINANCIAL SERVICES C( | Secured | 57,577.99 | 66,023.13 | 66,023.13 | .00 | .00 |
| CN MORTGAGE CC EDGEWOOD | Secured | 31,698.66 | NA | NA | .00 | .00 |
| CN MORTGAGE HAIR FAM TRUST | Secured | 44,395.34 | NA | NA | .00 | .00 |
| COMMERCIAL TRADE BUREAU | Unsecured | 681.00 | NA | NA | .00 | .00 |
| CREATIVE REALTY MORTG | Secured | 32,000.00 | NA | NA | .00 | .00 |
| DANIELS JWLS | Unsecured | 761.00 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re:  JAMES FLOYD CANNON  
       JAMIE DARLENE CANNON  
          Debtor(s)

Case No.:  15-11835-A-13K

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| FIRST PREMIER BANK | Unsecured | 669.00 | NA | NA | .00 | .00 |
| FIRST PREMIER BANK | Unsecured | 848.00 | NA | NA | .00 | .00 |
| FRUITVALE FINANCIAL | Secured | 35,702.77 | NA | NA | .00 | .00 |
| FRUITVALE FINANCIAL | Secured | 51,525.93 | NA | NA | .00 | .00 |
| GRANT AND WEBER | Unsecured | 274.00 | NA | NA | .00 | .00 |
| GRANT AND WEBER | Unsecured | 319.00 | NA | NA | .00 | .00 |
| GRANT AND WEBER | Unsecured | 1,028.00 | NA | NA | .00 | .00 |
| GRANT AND WEBER | Unsecured | 100.00 | NA | NA | .00 | .00 |
| HARDLICKA ASSOC | Unsecured | NA | NA | NA | .00 | .00 |
| HARLEY DAVIDSON CREDIT CORP | Secured | 10,700.00 | 10,700.00 | 10,700.00 | .00 | .00 |
| HERBERT P SEARS | Unsecured | 2,392.00 | NA | NA | .00 | .00 |
| HERBERT P SEARS | Unsecured | 679.00 | NA | NA | .00 | .00 |
| HERBERT P SEARS | Unsecured | 251.00 | NA | NA | .00 | .00 |
| HERBERT P SEARS | Unsecured | 416.00 | NA | NA | .00 | .00 |
| HERBERT P SEARS | Unsecured | 597.00 | NA | NA | .00 | .00 |
| HORSWILL MEDEROS SOARES | Unsecured | NA | NA | NA | .00 | .00 |
| J J CLEAN UP | Unsecured | NA | NA | NA | .00 | .00 |
| JIMMY CANNON | Unsecured | NA | NA | NA | .00 | .00 |
| KAY O BEAVERS REVOC TRUST | Secured | 31,984.55 | NA | NA | .00 | .00 |
| KEN BEAVERS | Secured | 60,000.00 | NA | NA | .00 | .00 |
| KOHLS CAPONE | Unsecured | 577.00 | NA | NA | .00 | .00 |
| LEONARD K WELSH | Other | NA | .00 | .00 | .00 | .00 |
| MARK D PONIATOWSKI ESQ | Other | NA | .00 | .00 | .00 | .00 |
| NORTH STAR IRA PARTNERS | Secured | 33,303.74 | NA | NA | .00 | .00 |
| PIKE PLUMBING | Secured | 67,114.85 | NA | NA | .00 | .00 |
| PINNACLE | Unsecured | NA | NA | NA | .00 | .00 |
| RESIDENTAIL FUNDING CORP | Secured | 24,291.00 | NA | NA | .00 | .00 |
| SHEFFIELD FN | Unsecured | 3,020.00 | NA | NA | .00 | .00 |
| TESTAMENTARY TRUST ROBERT | Secured | 39,000.00 | NA | NA | .00 | .00 |
| THE ENTRUST GROUP INC | Secured | 36,700.00 | NA | NA | .00 | .00 |
| THE PATMAN FAMILY TRUST | Secured | 45,000.00 | NA | NA | .00 | .00 |
| TOBY CURTIS | Other | NA | .00 | .00 | .00 | .00 |
| TOYOTA MOTOR CREDIT CORPORATIO | Secured | 14,641.00 | 14,971.24 | 14,971.24 | .00 | .00 |
| UNITED CONSUMER FINAN SVCS | Unsecured | 560.00 | NA | NA | .00 | .00 |
| WEBBANK FINGERHUT | Unsecured | 1,169.00 | NA | NA | .00 | .00 |
| WELLS FARGO BANK NA DBA | Secured | 16,277.00 | 15,864.86 | 15,864.86 | .00 | .00 |
| WELLS FARGO HME MORTGAGE | Secured | 176,473.00 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re: JAMES FLOYD CANNON  
      JAMIE DARLENE CANNON  
        Debtor(s)

Case No.: 15-11835-A-13K

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WESTERN EXTERMINATOR | Unsecured | 700.00 | NA | NA | .00 | .00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | 48,547.93 | .00 | .00 |
| All Other Secured: | 66,023.13 | .00 | .00 |
| **TOTAL SECURED:** | 114,571.06 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | .00 | .00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $.00 |
| Disbursements to Creditors: | $.00 |
| **TOTAL DISBURSEMENTS:** | $.00 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date: 08/31/2015      By: /s/Michael H. Meyer  
                                                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.