**2**

LISA HOLDER, CSB NO. 217752
KLEIN, DENATALE, GOLDNER,
　COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 395-1000
Fax: (661) 326-0418
E-mail: lholder@kleinlaw.com

Attorneys for Randell Parker, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>JAMES FLOYD CANNON and<br>JAMIE DARLENE CANNON,<br><br>　　Debtors. | Case No. 15-11835-A-7<br><br>Chapter 7 |
| RANDELL PARKER, Chapter 7 Trustee,<br><br>　　Plaintiff,<br><br>v.<br><br>JAMES FLOYD CANNON and<br>JAMIE DARLENE CANNON,<br><br>　　Defendants. | Adv. Proc. No. 15-01139-A<br><br>DC No.<br><br>**JUDGMENT**<br><br>Date:　N/A<br>Time:　N/A<br>Place:　U.S. Courthouse<br>　　　　510 19th Street<br>　　　　Bakersfield, CA<br>Judge:　Fredrick E. Clement |

　　The *Application for Entry of Judgment after Default* was filed by Randell Parker, Chapter 7 Trustee ("Trustee"), in the adversary proceeding. The Court, having granted the Application, and good cause appearing as stated on the record, therefore orders:

　　Judgment is entered in favor of Trustee and against defendants James Floyd Cannon and Jamie Darlene Cannon as follows:

///

RECEIVED
March 11, 2016
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005749737

1. James Floyd Cannon is denied a bankruptcy discharge under 11 U.S.C. § 727(a)(11);

2. Jamie Darlene Cannon is denied a bankruptcy discharge under 11 U.S.C. § 727(a)(11); and

3. James Floyd Cannon is denied a bankruptcy discharge under 11 U.S.C. § 727(a)(2)(B).

4. As to all other causes of action, judgment is entered in favor of defendants.

Dated: Mar 14, 2016

Fredrick E. Clement
United States Bankruptcy Judge