# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: CANNON, JAMES FLOYD § Case No. 15-11835 | |
| CANNON, JAMIE DARLENE § | |
| J & J CLEANUP SERVICE, INC § | |
| Debtor(s) § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on May 06, 2015. The undersigned trustee was appointed on August 13, 2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $    830,905.59

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 505,160.10 |
| Administrative expenses | 188,263.15 |
| Bank service fees | 2,049.13 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 1,501.89 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]     $ | 133,931.32 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 12/18/2015 and the deadline for filing governmental claims was / / . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $44,720.19. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $44,720.19, for a total compensation of $44,720.19.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $692.48, for total expenses of $692.48.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/12/2016　　　　By: /s/Randell Parker
　　　　　　　　　　　　　　　Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-11835  
**Case Name:** CANNON, JAMES FLOYD  
CANNON, JAMIE DARLENE  
**Period Ending:** 10/12/16

**Trustee:** (001630) Randell Parker  
**Filed (f) or Converted (c):** 05/06/15 (f)  
**§341(a) Meeting Date:** 09/15/15  
**Claims Bar Date:** 12/18/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | refunds of secured payments (u) | 0.00 | 283.95 | | 324.70 | FA |
| 2 | Residence at 5820 Fernside Ct., Bakersfield CA 9 | 350,000.00 | 0.00 | | 0.00 | FA |
| 3 | 1812 Airport Dr | 121,709.00 | 0.00 | OA | 0.00 | FA |
| 4 | 329 Airport Dr | 91,125.00 | 39,503.23 | | 80,143.83 | FA |
| 5 | 216 Belle Ave | 99,592.00 | 33,500.00 | | 72,555.42 | FA |
| 6 | 704 Washington Ave | 42,000.00 | 19,113.77 | | 68,726.63 | FA |
| 7 | 408 Oildale Dr. | 114,340.00 | 19,207.41 | | 70,064.33 | FA |
| 8 | 511 Belle Ave (sold pre-conversion) | 155,702.00 | 0.00 | | 0.00 | FA |
| 9 | 215 El Tejon | 99,724.00 | 25,881.34 | | 62,740.14 | FA |
| 10 | 405 Oildale Dr | 90,371.00 | 8,431.07 | | 69,068.25 | FA |
| 11 | 322 Wilson Ave | 58,282.00 | 28,300.00 | | 70,406.93 | FA |
| 12 | 610 Wilson Ave | 369,552.00 | 16,366.13 | | 56,213.87 | FA |
| 13 | 327 Wilson Ave | 68,121.00 | 36,908.00 | | 63,551.47 | FA |
| 14 | A duplex located at 325 Wilson Ave. | 130,778.00 | 45,074.07 | | 105,237.01 | FA |
| 15 | A duplex located at 317 Wilson Ave. | 150,000.00 | 0.00 | OA | 0.00 | FA |
| 16 | 110 Harding Ave | 81,089.00 | 22,784.45 | | 67,194.41 | FA |
| 17 | Commercial building 1024 Black Gold (DELETED) | 0.00 | 0.00 | OA | 0.00 | FA |
| 18 | Timeshare located at 7200 Las Vegas Blvd. South, | 30,000.00 | 0.00 | | 0.00 | FA |
| 19 | Wells Fargo Bank,Checking and savings | 0.00 | 0.00 | | 0.00 | FA |
| 20 | PG&E Security Deposit | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 21 | Household goods and furnishings | 10,000.00 | 0.00 | | 0.00 | FA |
| 22 | Wearing apparel | 2,000.00 | 0.00 | | 0.00 | FA |
| 23 | Jewelry | 2,000.00 | 0.00 | | 0.00 | FA |
| 24 | 1 FIREARMS | 150.00 | 0.00 | | 0.00 | FA |
| 25 | 50% owner of J & J Cleanup Service Inc. | Unknown | 0.00 | | 0.00 | FA |
| 26 | 2007 Dodge Charger SXT 4D Sedan - 150,000 miles | 6,781.00 | 0.00 | | 0.00 | FA |
| 27 | 2011 Toyota Tundra Double Cab 4D SB - 70,000 mil | 19,421.00 | 3,015.75 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-11835  
**Case Name:** CANNON, JAMES FLOYD  
              CANNON, JAMIE DARLENE  
**Period Ending:** 10/12/16

**Trustee:** (001630) Randell Parker  
**Filed (f) or Converted (c):** 05/06/15 (f)  
**§341(a) Meeting Date:** 09/15/15  
**Claims Bar Date:** 12/18/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 28 | 2010 Ford Expedition XLT | 18,291.00 | 0.00 | | 1,501.89 | FA |
| 29 | 2009 Harley Davidson Ultra Classic Glide | 11,450.00 | 787.75 | | 0.00 | FA |
| 30 | 320LC Caterpillar excavator (deleted 11/16/15) | 0.00 | 0.00 | | 0.00 | FA |
| 31 | Equipment used in business (deleted by debtor) | 0.00 | 0.00 | | 0.00 | FA |
| 32 | 2008 Four Winns Boat (u)<br>    Auctioneer discovered when looking at debtors' equipment. Debtor amended and added Debtor moved boat to Idaho, debtor has not responded to our demands for turnover, too costly to pursue turnover | 20,000.00 | 20,000.00 | | 0.00 | FA |
| 33 | net rents from operating business (u) | 0.00 | 20,000.00 | | 43,176.71 | FA |
| 33 | **Assets**    **Totals** (Excluding unknown values) | **$2,143,478.00** | **$340,156.92** | | **$830,905.59** | **$0.00** |

**Major Activities Affecting Case Closing:**

    This case was filed as a Chapter 13 on May 6, 2015, and converted to Chapter 7 on August 13, 2015, and Randell Parker was appointed as trustee. The 341 meeting has not been concluded. The bar date for filing claims expired on December 18, 2015.

    Mrs. Debtor has never appeared for the 341 meeting of creditors and it has been continued to February 2, 2016. Debtors have not responded to demands for information on the real properties so we have filed a motion to object to discharge.

    As soon as I was appointed on this case, I consulted with attorney Holder to assist me in the running of a business to collect rents on multiple properties. We found a property manager and motioned the court to employ the property manager and run the business until all properties are sold.

    We enlisted the services of a broker to value and list the properties for sale. We listed 13 properties for sale, six have been sold, and the funds are on hand. The remaining seven are still on the market. There are two properties that the estate will abandon as of March 2016, leaving five to sell.

    The property management company continues to collect rent on the unsold properties and we file operating reports.

    An accountant was employed to assist in preparing the operating reports, to advise on capital gains issues, and to prepare taxes.

    Claims have been reviewed and we have sent out inquiries on those that may be against the partnership/corp instead of this debtor.

    Trustee is holding off on seeking a turnover on the boat because the costs involved for secured payments, legal, mechanical (axle broken on boat trailer and forklift or other heavy equip needed), and marshal coupled with auctioneer fees and expenses could exceed return. Debtors vehemence for not turning over is also a factor.

    Trustee has discussed with counsel the Toby Curtis claim and the debtors' objection to it. We believe that the claim is not usurious. We watch as debtor is objecting to claims and coming to agreements with his creditors.

    Debtor has filed a chapter 11 on J&J Cleanup Service; we will await complications from this move. The case was dismissed.

    This narrative is a living, changing document as we are required to report on this case with what is known at the time. The story of this case is a stubborn debtor who failed to provide complete documents as demanded, and his wife who never appeared at a creditor meeting, until late in the case when she appeared telephonically. Based on non cooperation, we made a motion to deny their discharge, and it was granted. We administered 13 real properties, sold 11 of them and abandoned the other two. We hired, with court approval, a property manager and he marketed the rentals, collected rents, made the repairs, and accounted to the estate. All such accounting has been reviewed by the accountant for the estate, the lawyer, and the trustee and we have filed all of our monthly operating reports on this operating

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-11835　　　　　　　　　　　　**Trustee:** (001630)　　Randell Parker
**Case Name:** CANNON, JAMES FLOYD　　　　　　　**Filed (f) or Converted (c):** 05/06/15 (f)
　　　　　　　CANNON, JAMIE DARLENE　　　　　　**§341(a) Meeting Date:** 09/15/15
**Period Ending:** 10/12/16　　　　　　　　　　　　**Claims Bar Date:** 12/18/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

business. We hired a real estate broker and eventually sold eleven of the thirteen low rent rentals.

There were three vehicles that debtor did not want to turnover and fought our demands for turnover, which resulted in our filing a motion for turnover on the three vehicles. With the costs involved in paying the secured payments, fetching these from Idaho, and repairing, we have decided to deem abandon the boat, Harley, and Tundra.

Debtor entered into objections to claim on four creditors. He has settled with each and claims are now fixed.

The claims have been reviewed and are in order.

We received a surplus check from a secured creditor on a prepetition repossession sale. The amount is exempt and will be turned over to debtor.

Close.

**Initial Projected Date Of Final Report (TFR):**　　March 15, 2017　　　　**Current Projected Date Of Final Report (TFR):**　　March 15, 2017

Printed: 10/12/2016 04:12 PM　　V.13.29

Filed 10/21/16    Case 15-11835    Doc 609

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 15-11835 | | **Trustee:** | Randell Parker (001630) |
|---|---|---|---|---|
| **Case Name:** | CANNON, JAMES FLOYD | | **Bank Name:** | Rabobank, N.A. |
| | CANNON, JAMIE DARLENE | | **Account:** | ******9366 - Checking Account |
| **Taxpayer ID #:** | **-***9894 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 10/12/16 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/01/15 | {1} | creative realty marketing | refund | | 1229-000 | 221.65 | | 221.65 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 211.65 |
| 10/16/15 | | portfolio mgmt | net rents | | | 2,128.45 | | 2,340.10 |
| | {33} | | rents on all properties | 8,150.00 | 1222-000 | | | 2,340.10 |
| | | Portfolio Properties | mgmt fees | -1,624.00 | 3991-000 | | | 2,340.10 |
| | | utilities, water | utilities | -2,182.35 | 2420-000 | | | 2,340.10 |
| | | advertising and rent adjustments | advertising and one pre-paid rent credit | -90.00 | 2420-000 | | | 2,340.10 |
| | | proeprty mgr reserve | reserve | -2,125.20 | 2420-000 | | | 2,340.10 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 2,330.10 |
| 11/05/15 | {9} | christopher dumayas for group 111 sgv properties | pay | | 1110-000 | 5,000.00 | | 7,330.10 |
| 11/10/15 | 101 | CA New Generation Insurance Services, Inc. | 45 day extention of insurance policy maxium | | 2420-000 | | 1,247.69 | 6,082.41 |
| 11/18/15 | | portfolio properties | | | | 5,968.86 | | 12,051.27 |
| | {33} | | gross rents | 9,600.00 | 1222-000 | | | 12,051.27 |
| | | Portfolio Properties | mgmt fees | -768.00 | 3991-000 | | | 12,051.27 |
| | | utilities, water | water | -597.45 | 2420-000 | | | 12,051.27 |
| | | repairs and maintenance- various vendors | repairs | -2,265.69 | 2420-000 | | | 12,051.27 |
| 11/23/15 | | First American Title | | | | 29,628.20 | | 41,679.47 |
| | {4} | | gross sale | 80,143.83 | 1110-000 | | | 41,679.47 |
| | | MIramar | commissions | -4,800.00 | 3510-000 | | | 41,679.47 |
| | | Creative realty & Marketing and Mortgage | loan payoff amount | -42,734.02 | 4110-000 | | | 41,679.47 |
| | | rirst american title | escrow costs | -886.50 | 2500-000 | | | 41,679.47 |
| | | kern county | taxes and fees | -2,095.11 | 2820-000 | | | 41,679.47 |
| 11/23/15 | | First American Title | | | | 28,275.30 | | 69,954.77 |
| | {14} | | gross sale | 105,237.01 | 1110-000 | | | 69,954.77 |
| | | MIramar | commission | -6,250.00 | 3510-000 | | | 69,954.77 |
| | | Creative realty & Marketing and Mortgage | loan payoff | -64,169.42 | 4110-000 | | | 69,954.77 |
| | | first american title | title costs | -1,010.00 | 2500-000 | | | 69,954.77 |
| | | kern county | taxes and fees | -3,282.29 | 2820-000 | | | 69,954.77 |
| | | prorations and adjustments | rents adjustments and security deposit | -2,250.00 | 2500-000 | | | 69,954.77 |
| 11/23/15 | | First American | | | | 12,598.09 | | 82,552.86 |

Subtotals : $83,820.55 $1,267.69

{} Asset reference(s)                                                         Printed: 10/12/2016 04:12 PM     V.13.29

Filed 10/21/16         Case 15-11835         Doc 609

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 15-11835 | | **Trustee:** | Randell Parker (001630) |
|---|---|---|---|---|
| **Case Name:** | CANNON, JAMES FLOYD | | **Bank Name:** | Rabobank, N.A. |
| | CANNON, JAMIE DARLENE | | **Account:** | ******9366 - Checking Account |
| **Taxpayer ID #:** | **-***9894 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 10/12/16 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | {9} | | gross sale | 57,636.13 | 1110-000 | | | 82,552.86 |
| | | MIramar | commissions | -3,750.00 | 3510-000 | | | 82,552.86 |
| | | Creative realty & Marketing and Mortgage | loan payoff | -38,467.16 | 4110-000 | | | 82,552.86 |
| | | first american title | escrow costs | -586.75 | 2500-000 | | | 82,552.86 |
| | | kern county | taxes and fees | -2,014.13 | 2820-000 | | | 82,552.86 |
| | | prorations and adjustments | rents and tax | -220.00 | 2500-000 | | | 82,552.86 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 24.07 | 82,528.79 |
| 12/11/15 | {33} | portfolio | net rents | | 1222-000 | 4,037.15 | | 86,565.94 |
| 12/15/15 | {9} | creative realty | refund | | 1110-000 | 104.01 | | 86,669.95 |
| 12/16/15 | 102 | Trustee Insurance Agency | three months coverage on 7 properties | | 2420-000 | | 2,010.00 | 84,659.95 |
| 12/16/15 | 103 | KLEIN, DENATALE, GOLDNER | court approved fees | | 3210-000 | | 23,445.00 | 61,214.95 |
| 12/16/15 | 104 | KLEIN, DENATALE, GOLDNER | court approved expenses | | 3220-000 | | 1,423.49 | 59,791.46 |
| 12/17/15 | 105 | Bakersfield Plumbing | SEWER REPAIR 325 1/2 WILSON- PRIOR TO SALE | | 2420-000 | | 258.75 | 59,532.71 |
| 12/18/15 | | first american title | | | | 16,835.98 | | 76,368.69 |
| | {13} | | gross sale | 63,551.47 | 1110-000 | | | 76,368.69 |
| | | Creative realty & Marketing and Mortgage | payoffs | -37,600.88 | 4110-000 | | | 76,368.69 |
| | | MIramar and others | r.e. commissions | -3,810.00 | 3510-000 | | | 76,368.69 |
| | | kern county | taxes | -3,478.05 | 2820-000 | | | 76,368.69 |
| | | first american title | title costs | -587.85 | 2500-000 | | | 76,368.69 |
| | | prorations and adjustments | security deposit and pro rate tax | -1,238.71 | 2500-000 | | | 76,368.69 |
| 12/18/15 | | first american title | | | | 16,717.28 | | 93,085.97 |
| | {5} | | gross sale | 72,555.42 | 1110-000 | | | 93,085.97 |
| | | Creative realty & Marketing and Mortgage | payoffs | -44,828.04 | 4110-000 | | | 93,085.97 |
| | | MIramar and others | r.e. commmissions | -4,350.00 | 3510-000 | | | 93,085.97 |
| | | kern county | tax | -4,543.14 | 2820-000 | | | 93,085.97 |
| | | first american title | title costs | -878.25 | 2500-000 | | | 93,085.97 |
| | | prorations and adjustments | security deposit and prorate taxes | -1,238.71 | 2500-000 | | | 93,085.97 |
| 12/23/15 | | first american title | | | | 19,853.16 | | 112,939.13 |
| | {11} | | gross proceed | 70,406.93 | 1110-000 | | | 112,939.13 |
| | | Creative realty & Marketing and Mortgage | payoffs | -40,676.13 | 4110-000 | | | 112,939.13 |

Subtotals :         $57,547.58         $27,161.31

{} Asset reference(s)                                                                                  Printed: 10/12/2016 04:12 PM    V.13.29

Filed 10/21/16　　　　　　　　　　　　　　Case 15-11835　　　　　　　　　　　　　　Doc 609

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 15-11835 | | Trustee: | Randell Parker (001630) |
|---|---|---|---|---|
| Case Name: | CANNON, JAMES FLOYD | | Bank Name: | Rabobank, N.A. |
| | CANNON, JAMIE DARLENE | | Account: | ******9366 - Checking Account |
| Taxpayer ID #: | **-***9894 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 10/12/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | MIramar and others | commissions | -4,200.00 | 3510-000 | | | 112,939.13 |
| | | kern county | taxes | -4,543.14 | 2820-000 | | | 112,939.13 |
| | | first american title | fees | -334.50 | 2500-000 | | | 112,939.13 |
| | | proeprty mgr reserve | security deposit | -800.00 | 2420-000 | | | 112,939.13 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 145.08 | 112,794.05 |
| 01/05/16 | {1} | creative realty | 216 belle | | 1229-000 | 18.15 | | 112,812.20 |
| 01/05/16 | {1} | creative | 322 wilson | | 1229-000 | 14.93 | | 112,827.13 |
| 01/05/16 | {1} | creative | 327 wilson | | 1229-000 | 14.89 | | 112,842.02 |
| 01/05/16 | {1} | creative | no property reference on ck - 1904 airport sold in august- replacement ck | | 1229-000 | 14.33 | | 112,856.35 |
| 01/05/16 | {33} | portfolio property | december 2015 | | 1222-000 | 4,096.23 | | 116,952.58 |
| 01/19/16 | 106 | Portfolio Properties | eviction on 610 Wilson | | 3991-000 | | 640.00 | 116,312.58 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 160.98 | 116,151.60 |
| 02/09/16 | 107 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2016 FOR CASE #15-11835, 1/1/16- 1/1/17  # 016048575 | | 2300-000 | | 15.44 | 116,136.16 |
| 02/10/16 | {33} | poerfolio property mgmt | 7 owner payments | | 1222-000 | 5,001.47 | | 121,137.63 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 165.02 | 120,972.61 |
| 03/09/16 | {33} | portfolio prop | income | | 1222-000 | 4,568.18 | | 125,540.79 |
| 03/14/16 | 108 | Trustee Insurance Agency | 3/17 -4/30 REMAINING 7 RENTALS | | 2420-000 | | 994.00 | 124,546.79 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 195.06 | 124,351.73 |
| 04/11/16 | {33} | portfolio property mgmt | march statement | | 1222-000 | 2,410.20 | | 126,761.93 |
| 04/20/16 | 109 | First American Title | 322 wilson property tax | | 2500-000 | | 1,434.54 | 125,327.39 |
| 04/25/16 | | first american title | | | | 13,299.08 | | 138,626.47 |
| | {12} | | gross sale | 56,213.87 | 1110-000 | | | 138,626.47 |
| | | MIramar and others | sale commissions | -3,360.00 | 3510-000 | | | 138,626.47 |
| | | Creative realty  & Marketing and Mortgage | loan payoff | -37,686.64 | 4110-000 | | | 138,626.47 |
| | | first american title | escrow costs | -585.60 | 2500-000 | | | 138,626.47 |
| | | kern county | tax | -1,282.55 | 2820-000 | | | 138,626.47 |
| 04/25/16 | | first american title | gross sale | | | 17,175.17 | | 155,801.64 |
| | {6} | | sale gross | 68,726.63 | 1110-000 | | | 155,801.64 |
| | | prorations and adjustments | return of tenant deposit | -750.00 | 2500-000 | | | 155,801.64 |
| | | prorations and adjustments | rent adjust | -275.00 | 2500-000 | | | 155,801.64 |
| | | MIramar and others | commissions | -4,110.00 | 3510-000 | | | 155,801.64 |
| | | Creative realty  & Marketing and Mortgage | loan payoff | -41,379.66 | 4110-000 | | | 155,801.64 |

Subtotals :　　　$46,612.63　　　$3,750.12

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 10/12/2016 04:12 PM　　V.13.29

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 15-11835 | **Trustee:** Randell Parker (001630) |
| **Case Name:** CANNON, JAMES FLOYD<br>CANNON, JAMIE DARLENE | **Bank Name:** Rabobank, N.A.<br>**Account:** ******9366 - Checking Account |
| **Taxpayer ID #:** **-***9894 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 10/12/16 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | first american title | title costs | -618.35 | 2500-000 | | | 155,801.64 |
| | | kern county | tax | -4,418.45 | 2820-000 | | | 155,801.64 |
| 04/25/16 | | first american title | | | | 7,726.97 | | 163,528.61 |
| | {16} | | gross sale | 57,194.41 | 1110-000 | | | 163,528.61 |
| | | prorations and adjustments | prorations and adjustments | -1,025.00 | 2500-000 | | | 163,528.61 |
| | | MIramar and others | commissions | -3,420.00 | 3510-000 | | | 163,528.61 |
| | | Creative realty & Marketing and Mortgage | loan payoff | -40,657.54 | 4110-000 | | | 163,528.61 |
| | | first american title | escrow costs | -561.70 | 2500-000 | | | 163,528.61 |
| | | kern county | tax | -3,803.20 | 2820-000 | | | 163,528.61 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 177.90 | 163,350.71 |
| 05/03/16 | 110 | Creative realty & Marketing and Mortgage | 1812 Airport adequate protection payment per court order | | 4110-000 | | 2,628.07 | 160,722.64 |
| 05/03/16 | 111 | Creative realty & Marketing and Mortgage | 317 Wilson adequate protection payment per court order | | 4110-000 | | 3,904.62 | 156,818.02 |
| 05/04/16 | 112 | Creative realty & Marketing and Mortgage | 405 oildale 7 months adequate protection sept - march | | 4110-000 | | 3,240.16 | 153,577.86 |
| 05/05/16 | 113 | Trustee Insurance Agency | insurance billing on remaining two properties | | 2420-000 | | 188.00 | 153,389.86 |
| 05/09/16 | {1} | crestive realty | refund of escrow overage 110 harding | | 1229-000 | 23.12 | | 153,412.98 |
| 05/09/16 | {1} | creative realty | refund of overpayment 704 washington | | 1229-000 | 13.08 | | 153,426.06 |
| 05/18/16 | {1} | creative realty | escrow pay adjustment | | 1229-000 | 4.55 | | 153,430.61 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 217.71 | 153,212.90 |
| 06/21/16 | {33} | portfolio prop | april and may 2016 | | 1222-000 | 2,803.86 | | 156,016.76 |
| 06/29/16 | | first am title | | | | 7,701.97 | | 163,718.73 |
| | {10} | | gross | 69,040.95 | 1110-000 | | | 163,718.73 |
| | | Creative realty & Marketing and Mortgage | payoff | -48,795.07 | 4110-000 | | | 163,718.73 |
| | | kern county | tax | -7,965.51 | 2820-000 | | | 163,718.73 |
| | | MIramar and others | commisssion | -3,000.00 | 3510-000 | | | 163,718.73 |
| | | first american title | escrow cost | -828.40 | 2500-000 | | | 163,718.73 |
| | | advertising and rent adjustments | security deposit | -750.00 | 2420-000 | | | 163,718.73 |
| 06/29/16 | | first am title | | | | 3,400.62 | | 167,119.35 |
| | {7} | | gross | 70,036.08 | 1110-000 | | | 167,119.35 |
| | | Creative realty & Marketing and Mortgage | payoff | -58,392.69 | 4110-000 | | | 167,119.35 |
| | | MIramar and others | commission | -4,200.00 | 3510-000 | | | 167,119.35 |

Subtotals :        $21,674.17        $10,356.46

{} Asset reference(s)                                         Printed: 10/12/2016 04:12 PM    V.13.29

Filed 10/21/16        Case 15-11835        Doc 609

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 15-11835 | | Trustee: | Randell Parker (001630) |
|---|---|---|---|---|
| Case Name: | CANNON, JAMES FLOYD | | Bank Name: | Rabobank, N.A. |
| | CANNON, JAMIE DARLENE | | Account: | ******9366 - Checking Account |
| Taxpayer ID #: | **-***9894 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/12/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | kern county | tax | -3,213.18 | 2820-000 | | | 167,119.35 |
| | | first american title | escrow cost | -829.59 | 2500-000 | | | 167,119.35 |
| 06/29/16 | 114 | Portfolio Properties | neg balance on 610 wilson | | 3991-000 | | 709.21 | 166,410.14 |
| 06/29/16 | 115 | Portfolio Properties | neg balance 329 airport | | 3991-000 | | 37.80 | 166,372.34 |
| 06/29/16 | 116 | Portfolio Properties | neg balance 408 oildale | | 3991-000 | | 391.70 | 165,980.64 |
| 06/29/16 | 117 | Portfolio Properties | neg balance 325 wilson | | 3991-000 | | 532.58 | 165,448.06 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 242.85 | 165,205.21 |
| 07/01/16 | {10} | creative | overpiad payoff 405 oildale | | 1110-000 | 27.30 | | 165,232.51 |
| 07/01/16 | {7} | creative | overpaid payoff 408 oildale | | 1110-000 | 28.25 | | 165,260.76 |
| 07/28/16 | | first american title | additional proceeds to conform to court order | | | 9,389.00 | | 174,649.76 |
| | {16} | | additional funds | 10,000.00 | 1110-000 | | | 174,649.76 |
| | | MIramar and others | additional commission | -600.00 | 3510-000 | | | 174,649.76 |
| | | kern county | additional tranfer tax | -11.00 | 2820-000 | | | 174,649.76 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 229.48 | 174,420.28 |
| 08/09/16 | {33} | portfolio properties | final rents | | 1222-000 | 2,309.62 | | 176,729.90 |
| 08/29/16 | 118 | KLEIN, DENATALE, GOLDNER | court approved fees | | 3210-000 | | 40,323.00 | 136,406.90 |
| 08/29/16 | 119 | KLEIN, DENATALE, GOLDNER | court approved expenses | | 3220-000 | | 2,204.60 | 134,202.30 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 277.53 | 133,924.77 |
| 09/07/16 | {33} | portfolio properties | return of reserve | | 1222-000 | 200.00 | | 134,124.77 |
| 09/13/16 | {28} | wells fargo | surplus on sale of re-poed ford | | 1129-000 | 1,501.89 | | 135,626.66 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 193.45 | 135,433.21 |
| 10/12/16 | 120 | James Cannon | exemption - surplus on re-po sale expedition | | 8100-002 | | 1,501.89 | 133,931.32 |
| | | | **ACCOUNT TOTALS** | | | 223,110.99 | 89,179.67 | **$133,931.32** |
| | | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | | **Subtotal** | | | 223,110.99 | 89,179.67 | |
| | | | Less: Payments to Debtors | | | | 1,501.89 | |
| | | | **NET Receipts / Disbursements** | | | **$223,110.99** | **$87,677.78** | |

{} Asset reference(s)       Printed: 10/12/2016 04:12 PM    V.13.29

Filed 10/21/16       Case 15-11835       Doc 609

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| | |
|---|---|
| **Case Number:** 15-11835 | **Trustee:** Randell Parker (001630) |
| **Case Name:** CANNON, JAMES FLOYD | **Bank Name:** Rabobank, N.A. |
| CANNON, JAMIE DARLENE | **Account:** ******9367 - Checking Account |
| **Taxpayer ID #:** **-***9894 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 10/12/16 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

|  |  |
|---|---|
| Net Receipts : | 223,110.99 |
| Plus Gross Adjustments : | 607,794.60 |
| Less Payments to Debtor : | 1,501.89 |
| Net Estate : | $829,403.70 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******9366** | 223,110.99 | 87,677.78 | 133,931.32 |
| **Checking # ******9367** | 0.00 | 0.00 | 0.00 |
| | $223,110.99 | $87,677.78 | $133,931.32 |

{} Asset reference(s)   Printed: 10/12/2016 04:12 PM   V.13.29

# Claims Register

### Case: 15-11835    CANNON, JAMES FLOYD

Claims Bar Date: 12/18/15

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Portfolio Properties<br>4420 Easton Dr. Ste 101<br>Bakersfield, CA 93309 | Admin Ch. 7<br>05/06/15 | | $4,703.29<br>$4,703.29 | $4,703.29 | $0.00 |
| | <3991-00 Other Professional Fees>, 200 | | | | | |
| | utilities, water | Admin Ch. 7<br>05/06/15 | | $2,779.80<br>$2,779.80 | $2,779.80 | $0.00 |
| | <2420-00 Costs to Secure/Maintain Property (E.g., casualty insurance, locksmith, repairs)>, 200 | | | | | |
| | advertising and rent adjustments | Admin Ch. 7<br>05/06/15 | | $840.00<br>$840.00 | $840.00 | $0.00 |
| | <2420-00 Costs to Secure/Maintain Property (E.g., casualty insurance, locksmith, repairs)>, 200 | | | | | |
| | proeprty mgr reserve | Admin Ch. 7<br>05/06/15 | | $2,925.20<br>$2,925.20 | $2,925.20 | $0.00 |
| | <2420-00 Costs to Secure/Maintain Property (E.g., casualty insurance, locksmith, repairs)>, 200 | | | | | |
| | CA New Generation Insurance Services, Inc.<br>c/o Frank Mufti<br>3117 19th St.<br>Bakersfield, CA 93301 | Admin Ch. 7<br>05/06/15 | | $1,247.69<br>$1,247.69 | $1,247.69 | $0.00 |
| | <2420-00 Costs to Secure/Maintain Property (E.g., casualty insurance, locksmith, repairs)>, 200 | | | | | |
| | repairs and maintenance- various vendors | Admin Ch. 7<br>05/06/15 | | $2,265.69<br>$2,265.69 | $2,265.69 | $0.00 |
| | <2420-00 Costs to Secure/Maintain Property (E.g., casualty insurance, locksmith, repairs)>, 200 | | | | | |
| | MIramar and others | Admin Ch. 7<br>05/06/15 | | $45,850.00<br>$45,850.00 | $45,850.00 | $0.00 |
| | <3510-00 Realtor for Trustee Fees (Real Estate Commissions)>, 200 | | | | | |
| | first american title | Admin Ch. 7<br>05/06/15 | | $9,142.03<br>$9,142.03 | $9,142.03 | $0.00 |
| | <2500-00 Costs Re Sale of Prop. (excl. realtor comm./exp., incl. closing costs, tte adv.)>, 200 | | | | | |
| | kern county | Admin Ch. 7<br>05/06/15 | | $40,649.75<br>$40,649.75 | $40,649.75 | $0.00 |
| | <2820-00 Other State or Local Taxes (post-petition, incl. post-petition real est. taxes)>, 200 | | | | | |
| | prorations and adjustments | Admin Ch. 7<br>05/06/15 | | $6,997.42<br>$6,997.42 | $6,997.42 | $0.00 |
| | <2500-00 Costs Re Sale of Prop. (excl. realtor comm./exp., incl. closing costs, tte adv.)>, 200 | | | | | |
| | KLEIN, DENATALE, GOLDNER<br>Lisa Holder<br>4550 California Avenue<br>BAKERSFIELD, CA 93309 | Admin Ch. 7<br>05/06/15 | Docket #297 12/4/15 Order to pay $23,445.00<br>Docket #580 8/25/16 Order to pay $40,323.00 | $63,768.00<br>$63,768.00 | $63,768.00 | $0.00 |
| | <3210-00 Attorney for Trustee Fees (Other Firm)>, 200 | | | | | |

# Claims Register

### Case: 15-11835    CANNON, JAMES FLOYD

Claims Bar Date: 12/18/15

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | KLEIN, DENATALE, GOLDNER<br>Lisa Holder<br>4550 California Avenue<br>BAKERSFIELD, CA 93309<br><3220-00   Attorney for Trustee Expenses (Other Firm)>, 200 | Admin Ch. 7<br>05/06/15 | Docket #297 12/4/15 Order to pay $1,423.49<br>Docket #580 8/25/16 Order to pay $2,204.60 | $3,628.09<br>$3,628.09 | $3,628.09 | $0.00 |
| | Randell Parker<br>3820 Herring Road<br>Arvin, CA 93203<br><2100-00   Trustee Compensation>, 200 | Admin Ch. 7<br>05/06/15 | | $44,720.19<br>$44,720.19 | $0.00 | $44,720.19 |
| | Randell Parker<br>3820 Herring Road<br>Arvin, CA 93203<br><2200-00   Trustee Expenses>, 200 | Admin Ch. 7<br>05/06/15 | | $692.48<br>$692.48 | $0.00 | $692.48 |
| | James E. Salven<br>8427 N. Millbrook Ave., Ste 101<br>Fresno, CA 93720<br><3410-00   Accountant for Trustee Fees (Other Firm)>, 200 | Admin Ch. 7<br>05/06/15 | | $24,835.95<br>$24,835.95 | $0.00 | $24,835.95 |
| | James E. Salven<br>8427 N. Millbrook Ave., Ste 101<br>Fresno, CA 93720<br><3420-00   Accountant for Trustee Expenses (Other Firm)>, 200 | Admin Ch. 7<br>05/06/15 | | $1,164.05<br>$1,164.05 | $0.00 | $1,164.05 |
| 1 | CACH, LLC<br>4340 S. MONACO STREET<br>2ND FLOOR<br>DENVER, CO 80237<br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>05/15/15 | 7285<br><br>Capital One | $780.73<br>$780.73 | $0.00 | $780.73 |
| 2 | A - L Financial Corp<br>1318 E Shaw Ave #300<br>PO Box 28248<br>Fresno, CA 93729-8248<br><4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>, 999 | Secured<br>05/18/15 | withdrawn 12/03/15 | $0.00<br>$0.00 | $0.00 | $0.00 |
| 3 | Wells Fargo Bank, N.A.<br>P.O. Box 19657<br>Irvine, CA 92623-9657<br><4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>, 999 | Secured<br>05/20/15 | 8813<br><br>ford expedition | $15,864.86<br>$15,864.86 | $0.00 | $15,864.86 |

# Claims Register

## Case: 15-11835    CANNON, JAMES FLOYD

Claims Bar Date: 12/18/15

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4 | Sheffield Financial<br>Bankruptcy Section/100-50-01-51<br>PO Box 1847<br>Wilson, NC 27894<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>05/27/15 | 5420<br><br>debtor objection sustained 9/12/16 Doc 585 | $4,497.09<br>$0.00 | $0.00 | $0.00 |
| 5 | AltaOne Federal Credit Union<br>PO BOX 1209<br><br>RIDGECREST, CA 93556<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>05/28/15 | 9883<br><br>Credit card | $20,500.00<br>$20,500.00 | $0.00 | $20,500.00 |
| 6 | AltaOne Federal Credit Union<br>PO BOX 1209<br><br>RIDGECREST, CA 93556<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>05/28/15 | 9869<br><br>for J and J, Yolanda emailed personal guarantee for Visa | $18,492.71<br>$18,492.71 | $0.00 | $18,492.71 |
| 7 | CAT FINANCIAL COMMERCIAL ACCOUNT CORP.<br>c/o STEVEN R. HRDLICKA, ATTORNEY AT LAW<br>1221 VAN NESS, 2ND FLOOR<br>FRESNO, CA 93721<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>05/28/15 | 7250<br><br>for J and J - personal guarantee | $21,219.99<br>$21,219.99 | $0.00 | $21,219.99 |
| 8 | Caterpillar Financial Services Corporation<br>c/o Poniatowski Leding Parikh PC<br>20980 Redwood Road, Suite 200<br>Castro Valley, CA 94546<br><4210-00 Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>, 999 | Secured<br>06/10/15 | | $66,023.13<br>$66,023.13 | $0.00 | $66,023.13 |
| 9 | Toyota Motor Credit Corporation<br>PO Box 9013<br>Addison, TX 75001<br><4210-00 Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>, 999 | Secured<br>06/17/15 | | $14,971.24<br>$14,971.24 | $0.00 | $14,971.24 |
| 10S | United Consumer Financial Services<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Suite 200<br>Tucson, AZ 85712<br><4210-00 Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>, 999 | Secured<br>06/19/15 | | $250.00<br>$250.00 | $0.00 | $250.00 |
| 10U | United Consumer Financial Services<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Suite 200<br>Tucson, AZ 85712<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>06/19/15 | 3013<br><br>Kirby Cleaning system | $370.53<br>$370.53 | $0.00 | $370.53 |

# Claims Register

## Case: 15-11835  CANNON, JAMES FLOYD

Claims Bar Date: 12/18/15

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 11 | Quantum3 Group LLC as agent for Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>06/19/15 | 6209 OR 5550<br><br>Fingerhut | $1,216.23<br>$1,216.23 | $0.00 | $1,216.23 |
| 12 | Toby Curtis<br>Black Gold Road, LLC<br>13811 Raphael Avenue<br>Bakersfield, CA 93306<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>06/26/15 | <br><br>amended 9/19/16 | $33,500.00<br>$33,500.00 | $0.00 | $33,500.00 |
| 13 | Toby Curtis<br>Black Gold Road, LLC<br>13811 Raphael Avenue<br>Bakersfield, CA 93306<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>06/26/15 | <br><br>amended 9/19/16 | $16,500.00<br>$16,500.00 | $0.00 | $16,500.00 |
| 14 | Capital One, N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>07/02/15 | 3366 OR 4436 | $453.06<br>$453.06 | $0.00 | $453.06 |
| 15 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>07/07/15 | 6378<br><br>kohl's | $577.17<br>$577.17 | $0.00 | $577.17 |
| 16 | Harley-Davidson Credit Corp.<br>PO Box 9013<br>Addison, TX 75001<br><4210-00  Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>, 999 | Secured<br>07/14/15 | 1345 | $10,700.00<br>$10,700.00 | $0.00 | $10,700.00 |
| 17 | Cavalry SPV I, LLC<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Suite 200<br>Tucson, AZ 85712<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>07/24/15 | 5128 OR 4011<br><br>capital one | $1,778.78<br>$1,778.78 | $0.00 | $1,778.78 |
| 18 | Cavalry SPV I, LLC<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Suite 200<br>Tucson, AZ 85712<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>07/24/15 | 5297 OR 2003<br><br>Capital One | $2,063.15<br>$2,063.15 | $0.00 | $2,063.15 |

# Claims Register

## Case: 15-11835   CANNON, JAMES FLOYD

Claims Bar Date: 12/18/15

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 19 | Aera Energy LLC<br>Attn: Legal Department<br>10000 Ming Avenue<br>Bakersfield, CA 93311<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/01/15 | 4PG1<br><br>debtor objected, Aera's claim stands. | $4,234.50<br>$4,234.50 | $0.00 | $4,234.50 |
| 20 | CAT FINANCIAL COMMERCIAL ACCOUNT CORP.<br>c/o STEVEN R. HRDLICKA, ATTORNEY AT LAW<br>1221 VAN NESS, 2ND FLOOR<br>FRESNO, CA 93721<br><4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>,  999 | Secured<br>09/28/15 | Withdrawn as duplicate. | $0.00<br>$0.00 | $0.00 | $0.00 |
| 21 | A - L Financial Corp<br>1318 E Shaw Ave #300<br>PO Box 28248<br>Fresno, CA 93729-8248<br><4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>,  999 | Secured<br>09/28/15 | 0742 | $7,375.00<br>$7,375.00 | $0.00 | $7,375.00 |
| 22 | DANIEL'S JEWELERS<br>C/O BRM<br>PO BOX 3788<br>TUSTIN, CA 92781-3788<br><4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>,  999 | Secured<br>11/23/15 | 9797 | $1,078.25<br>$1,078.25 | $0.00 | $1,078.25 |
| 23W | jimmy and gwendolyn cannon<br>p.o. box 2424,jeffrey m. vetter trustee for,jimmy and gwendolyn bk estate 15-119<br>bakersfield, CA 93303<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>11/25/15 | <br>withdrawn 3/15/16 Doc 405 | $0.00<br>$0.00 | $0.00 | $0.00 |
| 24 | Bustos Insurance Agency<br>2200 Oak St.<br>Suite B<br>Bakersfield, CA 93301<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>11/30/15 | 5077<br><br>Per stipulation and order filed 8/31/16 Doc 582 | $9,640.06<br>$4,967.05 | $0.00 | $4,967.05 |
| 25 | Tammy Wayt and James Cloyd<br>1209 McKinley Ave<br>Bakersfield, CA 3308<br><5600-00   Deposits>,  540 | Priority<br>12/08/15 | | $1,000.00<br>$1,000.00 | $0.00 | $1,000.00 |
| 26 | Kern County Treasurer-Tax Collector<br>P. O. Box 579<br><br>Bakersfield, CA 93302 | Secured<br>05/24/16 | <br>t/c to amend and deduct 405 and 408 Oildale as paid $1481.43, 1316.82, 5363.61, 1494.87 total of 9656.73<br>leaving a claim of $10,162. for 317 Wilson and 1812 airport 6,249.76, 2,673.69 and 1,238.55 | $10,162.00<br>$10,162.00 | $0.00 | $10,162.00 |

# Claims Register

### Case: 15-11835    CANNON, JAMES FLOYD

Claims Bar Date: 12/18/15

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | <4700-00 Real Property Tax Liens (pre-petition)>, 999 | | | | | |
| 27 | Kern County Treasurer-Tax Collector<br>P. O. Box 579<br>Bakersfield, CA 93302<br><5800-00 Claims of Governmental Units>, 570 | Priority<br>05/24/16 | | $256.04<br>$256.04 | $0.00 | $256.04 |
| 28 | James Cannon<br>c/o Robert S. Williams<br>2441 G Street, Suite A<br>Bakersfield, CA 93301<br><8100-00 Exemptions>, 100 | Secured<br>05/06/15 | Received funds from Wells Fargo for re-poed Expedition, debtors had an exemption on the vehicle. send funds to debtor | $1,501.89<br>$1,501.89 | $1,501.89 | $0.00 |
| BOND | International Sureties, LTD.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139<br><2300-00 Bond Payments>, 200 | Admin Ch. 7<br>05/06/15 | | $15.44<br>$15.44 | $15.44 | $0.00 |
| ADMIN | Creative realty & Marketing and Mortgage<br>3200 21 st Sreet Suite 300<br>Bakersfield, CA 93301<br><4110-00 Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>, 100 | Secured<br>05/06/15 | | $500,000.00<br>$505,160.10 | $505,160.10 | $0.00 |
| ADMIN | Trustee Insurance Agency<br><br>2813 West Main<br>Kalamazoo,, MI 49006<br><2420-00 Costs to Secure/Maintain Property (E.g., casualty insurance, locksmith, repairs)>, 200 | Admin Ch. 7<br>05/06/15 | for three months | $2,526.00<br>$3,192.00 | $3,192.00 | $0.00 |
| ADMIN | Bakersfield Plumbing<br><br>4400 Ashe Rd. ste 214<br>BaKERSFIELD,, CA 93313<br><2420-00 Costs to Secure/Maintain Property (E.g., casualty insurance, locksmith, repairs)>, 200 | Admin Ch. 7<br>05/06/15 | CLEAR SEWER LINE 325 1/2 WILSON | $258.73<br>$258.75 | $258.75 | $0.00 |
| | | | Case Total: | | $694,925.14 | $325,747.09 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 15-11835
Case Name: CANNON, JAMES FLOYD
Trustee Name: Randell Parker

**Balance on hand:** $ 133,931.32

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 133,931.32

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Randell Parker | 44,720.19 | 0.00 | 44,720.19 |
| Trustee, Expenses - Randell Parker | 692.48 | 0.00 | 692.48 |
| Accountant for Trustee, Fees - James E. Salven | 24,835.95 | 0.00 | 24,835.95 |
| Accountant for Trustee, Expenses - James E. Salven | 1,164.05 | 0.00 | 1,164.05 |

Total to be paid for chapter 7 administration expenses: $ 71,412.67
Remaining balance: $ 62,518.65

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 62,518.65

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,256.04 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 25 | Tammy Wayt and James Cloyd | 1,000.00 | 0.00 | 1,000.00 |
| 27 | Kern County Treasurer-Tax Collector | 256.04 | 0.00 | 256.04 |

|   |   |
|---|---:|
| Total to be paid for priority claims: | $ 1,256.04 |
| Remaining balance: | $ 61,262.61 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 126,653.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 48.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | CACH, LLC | 780.73 | 0.00 | 377.65 |
| 5 | AltaOne Federal Credit Union | 20,500.00 | 0.00 | 9,915.87 |
| 6 | AltaOne Federal Credit Union | 18,492.71 | 0.00 | 8,944.94 |
| 7 | CAT FINANCIAL COMMERCIAL ACCOUNT CORP. | 21,219.99 | 0.00 | 10,264.12 |
| 10U | United Consumer Financial Services | 370.53 | 0.00 | 179.23 |
| 11 | Quantum3 Group LLC as agent for | 1,216.23 | 0.00 | 588.29 |
| 12 | Toby Curtis | 33,500.00 | 0.00 | 16,203.97 |
| 13 | Toby Curtis | 16,500.00 | 0.00 | 7,981.06 |
| 14 | Capital One, N.A. | 453.06 | 0.00 | 219.15 |
| 15 | Capital One, N.A. | 577.17 | 0.00 | 279.18 |
| 17 | Cavalry SPV I, LLC | 1,778.78 | 0.00 | 860.40 |
| 18 | Cavalry SPV I, LLC | 2,063.15 | 0.00 | 997.95 |
| 19 | Aera Energy LLC | 4,234.50 | 0.00 | 2,048.23 |
| 24 | Bustos Insurance Agency | 4,967.05 | 0.00 | 2,402.57 |

**UST Form 101-7-TFR (05/1/2011)**

|  | Total to be paid for timely general unsecured claims: | $ | 61,262.61 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**