UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re: CANNON, JAMES FLOYD　　　　　　§　Case No. 15-11835
　　　　CANNON, JAMIE DARLENE　　　　§
　　　　J & J CLEANUP SERVICE, INC　　　§
Debtor(s)　　　　　　　　　　　　　　　§

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

　　Randell Parker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $880,213.00　　　　　　Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $567,678.75　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　Without Payment: N/A

Total Expenses of Administration: $261,724.95

---

　　3) Total gross receipts of $ 830,905.59 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,501.89 (see **Exhibit 2**), yielded net receipts of $829,403.70 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $985,050.10 | $625,346.23 | $630,506.33 | $505,160.10 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 261,058.93 | 261,724.95 | 261,724.95 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 1,256.04 | 1,256.04 | 1,256.04 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 104,849.35 | 136,902.25 | 127,732.15 | 61,262.61 |
| **TOTAL DISBURSEMENTS** | $1,089,899.45 | $1,024,563.45 | $1,021,219.47 | $829,403.70 |

4) This case was originally filed under Chapter 7 on May 06, 2015. The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/29/2017          By: /s/Randell Parker
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| refunds of secured payments | 1229-000 | 324.70 |
| 329 Airport Dr | 1110-000 | 80,143.83 |
| 216 Belle Ave | 1110-000 | 72,555.42 |
| 704 Washington Ave | 1110-000 | 68,726.63 |
| 408 Oildale Dr. | 1110-000 | 70,064.33 |
| 215 El Tejon | 1110-000 | 62,740.14 |
| 405 Oildale Dr | 1110-000 | 69,068.25 |
| 322 Wilson Ave | 1110-000 | 70,406.93 |
| 610 Wilson Ave | 1110-000 | 56,213.87 |
| 327 Wilson Ave | 1110-000 | 63,551.47 |
| A duplex located at 325 Wilson Ave. | 1110-000 | 105,237.01 |
| 110 Harding Ave | 1110-000 | 67,194.41 |
| 2010 Ford Expedition XLT | 1129-000 | 1,501.89 |
| net rents from operating business | 1222-000 | 43,176.71 |
| **TOTAL GROSS RECEIPTS** | | **$830,905.59** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| James Cannon | exemption - surplus on re-po sale expedition | 8100-002 | 1,501.89 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,501.89** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | A - L Financial Corp | 4210-000 | N/A | | 0.00 | 0.00 |
| 3 | Wells Fargo Bank, N.A. | 4210-000 | N/A | 15,864.86 | 15,864.86 | 0.00 |
| 8 | Caterpillar Financial Services Corporation | 4210-000 | 57,577.99 | 66,023.13 | 66,023.13 | 0.00 |
| 9 | Toyota Motor Credit Corporation | 4210-000 | 14,641.00 | 14,971.24 | 14,971.24 | 0.00 |
| 10S | United Consumer Financial Services | 4210-000 | N/A | 250.00 | 250.00 | 0.00 |
| 16 | Harley-Davidson Credit Corp. | 4210-000 | 10,700.00 | 10,700.00 | 10,700.00 | 0.00 |
| 20 | CAT FINANCIAL COMMERCIAL ACCOUNT CORP. | 4210-000 | N/A | | 0.00 | 0.00 |
| 21 | A - L Financial Corp | 4210-000 | 6,747.00 | 7,375.00 | 7,375.00 | 0.00 |
| 26 | Kern County Treasurer-Tax Collector | 4700-000 | N/A | 10,162.00 | 10,162.00 | 0.00 |
| ADMIN | Creative realty & Marketing and Mortgage | 4110-000 | 32,000.00 | 500,000.00 | 505,160.10 | 505,160.10 |
| NOTFILED | Fruitvale Financial, LLC and Camelback Investments, GP | 4110-000 | 51,525.93 | N/A | N/A | 0.00 |
| NOTFILED | Barrett, Janeway Pike Family Trust, Arline Pike Trust and | 4110-000 | 136,510.40 | N/A | N/A | 0.00 |
| NOTFILED | Camelback Investments, G.P. | 4110-000 | 33,406.87 | N/A | N/A | 0.00 |
| NOTFILED | Fruitvale Financial LLC, and Edgewood IRA Investors, LLC | 4110-000 | 35,702.77 | N/A | N/A | 0.00 |
| NOTFILED | C/N Mortgage Co., CC and The Hair Family Trust | 4110-000 | 44,395.34 | N/A | N/A | 0.00 |
| NOTFILED | Kay O. Beavers 2006 Revocable Trust and | 4110-000 | 31,984.55 | N/A | N/A | 0.00 |
| NOTFILED | Pike Plumbing Co. Inc. Defined Benefit Pension Plan | 4110-000 | 67,114.85 | N/A | N/A | 0.00 |
| NOTFILED | Ken Beavers dba Creative Realty Mortgage | 4110-000 | 60,000.00 | N/A | N/A | 0.00 |
| NOTFILED | The Patman Family Trust C/O Creative Realty | 4110-000 | 45,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Home Mortage | 4110-000 | 176,473.00 | N/A | N/A | 0.00 |
| NOTFILED | The Entrust Group Inc. fbo | 4110-000 | 36,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Testamentary Trust of Robert Pike and | 4110-000 | 39,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Residential Funding Corp. C/O Soleil LV, LLC | 4110-000 | 24,291.00 | N/A | N/A | 0.00 |
| NOTFILED | Pinnacle | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | North Star IRA Partners, LLC C/O Creative Realty | 4110-000 | 33,303.74 | N/A | N/A | 0.00 |
| NOTFILED | C/N Mortgage Co., CC and Edgewood IRA Investors, LLC, | 4110-000 | 31,698.66 | N/A | N/A | 0.00 |
| NOTFILED | Hardlicka & Assoc. | 4210-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wfs Financial/Wachovia Dealer Srvs | 4210-000 | 16,277.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$985,050.10** | **$625,346.23** | **$630,506.33** | **$505,160.10** |

# EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Randell Parker | 2100-000 | N/A | 44,720.19 | 44,720.19 | 44,720.19 |
| Trustee Expenses - Randell Parker | 2200-000 | N/A | 692.48 | 692.48 | 692.48 |
| Other - advertising and rent adjustments | 2420-000 | N/A | 840.00 | 840.00 | 840.00 |
| Other - CA New Generation Insurance Services, Inc. | 2420-000 | N/A | 1,247.69 | 1,247.69 | 1,247.69 |
| Other - proeprty mgr reserve | 2420-000 | N/A | 2,925.20 | 2,925.20 | 2,925.20 |
| Other - utilities, water | 2420-000 | N/A | 2,779.80 | 2,779.80 | 2,779.80 |
| Other - repairs and maintenance- various vendors | 2420-000 | N/A | 2,265.69 | 2,265.69 | 2,265.69 |
| Other - prorations and adjustments | 2500-000 | N/A | 6,997.42 | 6,997.42 | 6,997.42 |
| Other - first american title | 2500-000 | N/A | 9,142.03 | 9,142.03 | 9,142.03 |
| Other - kern county | 2820-000 | N/A | 40,649.75 | 40,649.75 | 40,649.75 |
| Other - KLEIN, DENATALE, GOLDNER | 3210-000 | N/A | 63,768.00 | 63,768.00 | 63,768.00 |
| Other - KLEIN, DENATALE, GOLDNER | 3220-000 | N/A | 3,628.09 | 3,628.09 | 3,628.09 |
| Other - James E. Salven | 3410-000 | N/A | 24,835.95 | 24,835.95 | 24,835.95 |
| Other - James E. Salven | 3420-000 | N/A | 1,164.05 | 1,164.05 | 1,164.05 |
| Other - MIramar and others | 3510-000 | N/A | 45,850.00 | 45,850.00 | 45,850.00 |
| Other - Portfolio Properties | 3991-000 | N/A | 4,703.29 | 4,703.29 | 4,703.29 |
| Other - International Sureties, LTD. | 2300-000 | N/A | 15.44 | 15.44 | 15.44 |
| Other - Trustee Insurance Agency | 2420-000 | N/A | 2,526.00 | 3,192.00 | 3,192.00 |
| Other - Bakersfield Plumbing | 2420-000 | N/A | 258.73 | 258.75 | 258.75 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 24.07 | 24.07 | 24.07 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 145.08 | 145.08 | 145.08 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 160.98 | 160.98 | 160.98 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 165.02 | 165.02 | 165.02 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 195.06 | 195.06 | 195.06 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 177.90 | 177.90 | 177.90 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 217.71 | 217.71 | 217.71 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 242.85 | 242.85 | 242.85 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 229.48 | 229.48 | 229.48 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 277.53 | 277.53 | 277.53 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 193.45 | 193.45 | 193.45 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $261,058.93 | $261,724.95 | $261,724.95 |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 25 | Tammy Wayt and James Cloyd | 5600-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| 27 | Kern County Treasurer-Tax Collector | 5800-000 | N/A | 256.04 | 256.04 | 256.04 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $1,256.04 | $1,256.04 | $1,256.04 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CACH, LLC | 7100-000 | N/A | 780.73 | 780.73 | 374.46 |
| 4 | Sheffield Financial | 7100-000 | N/A | 4,497.09 | 0.00 | 0.00 |
| 5 | AltaOne Federal Credit Union | 7100-000 | N/A | 20,500.00 | 20,500.00 | 9,832.16 |
| 6 | AltaOne Federal Credit Union | 7100-000 | N/A | 18,492.71 | 18,492.71 | 8,869.43 |
| 7 | CAT FINANCIAL COMMERCIAL ACCOUNT CORP. | 7100-000 | N/A | 21,219.99 | 21,219.99 | 10,177.48 |
| 10U | United Consumer Financial Services | 7100-000 | N/A | 370.53 | 370.53 | 177.71 |
| 11 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 1,216.23 | 1,216.23 | 583.33 |
| 12 | Toby Curtis | 7100-000 | 43,631.70 | 33,500.00 | 33,500.00 | 16,067.20 |
| 13 | Toby Curtis | 7100-000 | 20,875.65 | 16,500.00 | 16,500.00 | 7,913.69 |
| 14 | Capital One, N.A. | 7100-000 | 453.00 | 453.06 | 453.06 | 217.30 |
| 15 | Capital One, N.A. | 7100-000 | 577.00 | 577.17 | 577.17 | 276.82 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | Cavalry SPV I, LLC | 7100-000 | 1,778.00 | 1,778.78 | 1,778.78 | 853.13 |
| 18 | Cavalry SPV I, LLC | 7100-000 | N/A | 2,063.15 | 2,063.15 | 989.52 |
| 19 | Aera Energy LLC | 7100-000 | N/A | 4,234.50 | 4,234.50 | 2,030.94 |
| 22 | DANIEL'S JEWELERS | 7100-000 | 761.00 | 1,078.25 | 1,078.25 | 517.15 |
| 23W | jimmy and gwendolyn cannon | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 24 | Bustos Insurance Agency | 7100-000 | N/A | 9,640.06 | 4,967.05 | 2,382.29 |
| NOTFILED | First Premier Bank | 7100-000 | 848.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 2,063.00 | N/A | N/A | 0.00 |
| NOTFILED | Grant & Weber | 7100-000 | 1,028.00 | N/A | N/A | 0.00 |
| NOTFILED | Commercial Trade Burea | 7100-000 | 681.00 | N/A | N/A | 0.00 |
| NOTFILED | First Premier Bank | 7100-000 | 669.00 | N/A | N/A | 0.00 |
| NOTFILED | Herbert P Sears Co | 7100-000 | 679.00 | N/A | N/A | 0.00 |
| NOTFILED | Grant & Weber | 7100-000 | 319.00 | N/A | N/A | 0.00 |
| NOTFILED | United Consumer Financial Services | 7100-000 | 560.00 | N/A | N/A | 0.00 |
| NOTFILED | Sheffield Fn Bb&T/Attn: Bankruptcy Department | 7100-000 | 3,020.00 | N/A | N/A | 0.00 |
| NOTFILED | Webbank/fingerhut | 7100-000 | 1,169.00 | N/A | N/A | 0.00 |
| NOTFILED | Herbert P Sears Co | 7100-000 | 251.00 | N/A | N/A | 0.00 |
| NOTFILED | Western Exterminator Co. | 7100-000 | 700.00 | N/A | N/A | 0.00 |
| NOTFILED | Herbert P Sears Co | 7100-000 | 416.00 | N/A | N/A | 0.00 |
| NOTFILED | Herbert P Sears Co | 7100-000 | 2,392.00 | N/A | N/A | 0.00 |
| NOTFILED | Grant & Weber | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Leonard K. Welsh | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Grant & Weber | 7100-000 | 274.00 | N/A | N/A | 0.00 |
| NOTFILED | Herbert P Sears Co | 7100-000 | 597.00 | N/A | N/A | 0.00 |
| NOTFILED | Horswill, Mederos & Soares | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Altaone Fcu | 7100-000 | 21,007.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $104,849.35 | $136,902.25 | $127,732.15 | $61,262.61 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-11835  
**Case Name:** CANNON, JAMES FLOYD  
              CANNON, JAMIE DARLENE  
**Period Ending:** 03/29/17

**Trustee:** (001630) Randell Parker  
**Filed (f) or Converted (c):** 05/06/15 (f)  
**§341(a) Meeting Date:** 09/15/15  
**Claims Bar Date:** 12/18/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  refunds of secured payments (u) | 0.00 | 283.95 | | 324.70 | FA |
| 2  Residence at 5820 Fernside Ct., Bakersfield CA 9 | 350,000.00 | 0.00 | | 0.00 | FA |
| 3  1812 Airport Dr | 121,709.00 | 0.00 | OA | 0.00 | FA |
| 4  329 Airport Dr | 91,125.00 | 39,503.23 | | 80,143.83 | FA |
| 5  216 Belle Ave | 99,592.00 | 33,500.00 | | 72,555.42 | FA |
| 6  704 Washington Ave | 42,000.00 | 19,113.77 | | 68,726.63 | FA |
| 7  408 Oildale Dr. | 114,340.00 | 19,207.41 | | 70,064.33 | FA |
| 8  511 Belle Ave (sold pre-conversion) | 155,702.00 | 0.00 | | 0.00 | FA |
| 9  215 El Tejon | 99,724.00 | 25,881.34 | | 62,740.14 | FA |
| 10  405 Oildale Dr | 90,371.00 | 8,431.07 | | 69,068.25 | FA |
| 11  322 Wilson Ave | 58,282.00 | 28,300.00 | | 70,406.93 | FA |
| 12  610 Wilson Ave | 369,552.00 | 16,366.13 | | 56,213.87 | FA |
| 13  327 Wilson Ave | 68,121.00 | 36,908.00 | | 63,551.47 | FA |
| 14  A duplex located at 325 Wilson Ave. | 130,778.00 | 45,074.07 | | 105,237.01 | FA |
| 15  A duplex located at 317 Wilson Ave. | 150,000.00 | 0.00 | OA | 0.00 | FA |
| 16  110 Harding Ave | 81,089.00 | 22,784.45 | | 67,194.41 | FA |
| 17  Commercial building1024 Black Gold (DELETED) | 0.00 | 0.00 | OA | 0.00 | FA |
| 18  Timeshare located at 7200 Las Vegas Blvd. South, | 30,000.00 | 0.00 | | 0.00 | FA |
| 19  Wells Fargo Bank,Checking and savings | 0.00 | 0.00 | | 0.00 | FA |
| 20  PG&E Security Deposit | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 21  Household goods and furnishings | 10,000.00 | 0.00 | | 0.00 | FA |
| 22  Wearing apparel | 2,000.00 | 0.00 | | 0.00 | FA |
| 23  Jewelry | 2,000.00 | 0.00 | | 0.00 | FA |
| 24  1 FIREARMS | 150.00 | 0.00 | | 0.00 | FA |
| 25  50% owner of J & J Cleanup Service Inc. | Unknown | 0.00 | | 0.00 | FA |
| 26  2007 Dodge Charger SXT 4D Sedan - 150,000 miles | 6,781.00 | 0.00 | | 0.00 | FA |
| 27  2011 Toyota Tundra Double Cab 4D SB - 70,000 mil | 19,421.00 | 3,015.75 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-11835
**Case Name:**   CANNON, JAMES FLOYD
             CANNON, JAMIE DARLENE
**Period Ending:** 03/29/17

**Trustee:**   (001630)   Randell Parker
**Filed (f) or Converted (c):** 05/06/15 (f)
**§341(a) Meeting Date:** 09/15/15
**Claims Bar Date:** 12/18/15

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 28 | 2010 Ford Expedition XLT | 18,291.00 | 0.00 | | 1,501.89 | FA |
| 29 | 2009 Harley Davidson Ultra Classic Glide | 11,450.00 | 787.75 | | 0.00 | FA |
| 30 | 320LC Caterpillar excavator (deleted 11/16/15) | 0.00 | 0.00 | | 0.00 | FA |
| 31 | Equipment used in business (deleted by debtor) | 0.00 | 0.00 | | 0.00 | FA |
| 32 | 2008 Four Winns Boat (u)   Auctioneer discovered when looking at debtors' equipment. Debtor amended and added Debtor moved boat to Idaho, debtor has not responded to our demands for turnover, too costly to pursue turnover | 20,000.00 | 20,000.00 | | 0.00 | FA |
| 33 | net rents from operating business (u) | 0.00 | 20,000.00 | | 43,176.71 | FA |
| 33 | **Assets Totals** (Excluding unknown values) | **$2,143,478.00** | **$340,156.92** | | **$830,905.59** | **$0.00** |

**Major Activities Affecting Case Closing:**

   This case was filed as a Chapter 13 on May 6, 2015, and converted to Chapter 7 on August 13, 2015, and Randell Parker was appointed as trustee. The 341 meeting has not been concluded. The bar date for filing claims expired on December 18, 2015.

   Mrs. Debtor has never appeared for the 341 meeting of creditors and it has been continued to February 2, 2016. Debtors have not responded to demands for information on the real properties so we have filed a motion to object to discharge.

   As soon as I was appointed on this case, I consulted with attorney Holder to assist me in the running of a business to collect rents on multiple properties. We found a property manager and motioned the court to employ the property manager and run the business until all properties are sold.

   We enlisted the services of a broker to value and list the properties for sale. We listed 13 properties for sale, six have been sold, and the funds are on hand. The remaining seven are still on the market. There are two properties that the estate will abandon as of March 2016, leaving five to sell.

   The property management company continues to collect rent on the unsold properties and we file operating reports.

   An accountant was employed to assist in preparing the operating reports, to advise on capital gains issues, and to prepare taxes.

   Claims have been reviewed and we have sent out inquiries on those that may be against the partnership/corp instead of this debtor.

   Trustee is holding off on seeking a turnover on the boat because the costs involved for secured payments, legal, mechanical (axle broken on boat trailer and forklift or other heavy equip needed) , and marshal coupled with auctioneer fees and expenses could exceed return. Debtors vehemence for not turning over is also a factor.

   Trustee has discussed with counsel the Toby Curtis claim and the debtors' objection to it. We believe that the claim is not usurious. We watch as debtor is objecting to claims and coming to agreements with his creditors.

   Debtor has filed a chapter 11 on J&J Cleanup Service; we will await complications from this move. The case was dismissed.

   This narrative is a living, changing document as we are required to report on this case with what is known at the time. The story of this case is a stubborn debtor who failed to provide complete documents as demanded, and his wife who never appeared at a creditor meeting, until late in the case when she appeared telephonically. Based on non cooperation, we made a motion to deny their discharge, and it was granted. We administered 13 real properties, sold 11 of them and abandoned the other two. We hired, with court approval, a property manager and he marketed the rentals, collected rents, made the repairs, and accounted to the estate. All such accounting has been reviewed by the accountant for the estate, the lawyer, and the trustee and we have filed all of our monthly operating reports on this operating

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-11835  
**Case Name:** CANNON, JAMES FLOYD  
　　　　　　　CANNON, JAMIE DARLENE  
**Period Ending:** 03/29/17

**Trustee:** (001630) Randell Parker  
**Filed (f) or Converted (c):** 05/06/15 (f)  
**§341(a) Meeting Date:** 09/15/15  
**Claims Bar Date:** 12/18/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

business. We hired a real estate broker and eventually sold eleven of the thirteen low rent rentals.

　There were three vehicles that debtor did not want to turnover and fought our demands for turnover, which resulted in our filing a motion for turnover on the three vehicles. With the costs involved in paying the secured payments, fetching these from Idaho, and repairing, we have decided to deem abandon the boat, Harley, and Tundra.

　Debtor entered into objections to claim on four creditors. He has settled with each and claims are now fixed.

　The claims have been reviewed and are in order.

　We received a surplus check from a secured creditor on a prepetition repossession sale. The amount is exempt and will be turned over to debtor.

　Close.

**Initial Projected Date Of Final Report (TFR):**　　March 15, 2017　　　　**Current Projected Date Of Final Report (TFR):**　　October 17, 2016  (Actual)

Printed: 03/29/2017 12:13 PM　　V.13.30

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| **Case Number:** 15-11835 | **Trustee:** Randell Parker (001630) |
| **Case Name:** CANNON, JAMES FLOYD | **Bank Name:** Rabobank, N.A. |
| CANNON, JAMIE DARLENE | **Account:** ******9366 - Checking Account |
| **Taxpayer ID #:** **-***9894 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 03/29/17 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/01/15 | {1} | creative realty marketing | refund | | 1229-000 | 221.65 | | 221.65 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 211.65 |
| 10/16/15 | | portfolio mgmt | net rents | | | 2,128.45 | | 2,340.10 |
| | {33} | | rents on all properties | 8,150.00 | 1222-000 | | | 2,340.10 |
| | | Portfolio Properties | mgmt fees | -1,624.00 | 3991-000 | | | 2,340.10 |
| | | utilities, water | utilities | -2,182.35 | 2420-000 | | | 2,340.10 |
| | | advertising and rent adjustments | advertising and one pre-paid rent credit | -90.00 | 2420-000 | | | 2,340.10 |
| | | proeprty mgr reserve | reserve | -2,125.20 | 2420-000 | | | 2,340.10 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 2,330.10 |
| 11/05/15 | {9} | christopher dumayas for group 111 sgv properties | pay | | 1110-000 | 5,000.00 | | 7,330.10 |
| 11/10/15 | 101 | CA New Generation Insurance Services, Inc. | 45 day extention of insurance policy maxium | | 2420-000 | | 1,247.69 | 6,082.41 |
| 11/18/15 | | portfolio properties | | | | 5,968.86 | | 12,051.27 |
| | {33} | | gross rents | 9,600.00 | 1222-000 | | | 12,051.27 |
| | | Portfolio Properties | mgmt fees | -768.00 | 3991-000 | | | 12,051.27 |
| | | utilities, water | water | -597.45 | 2420-000 | | | 12,051.27 |
| | | repairs and maintenance- various vendors | repairs | -2,265.69 | 2420-000 | | | 12,051.27 |
| 11/23/15 | | First American Title | | | | 29,628.20 | | 41,679.47 |
| | {4} | | gross sale | 80,143.83 | 1110-000 | | | 41,679.47 |
| | | MIramar | commissions | -4,800.00 | 3510-000 | | | 41,679.47 |
| | | Creative realty & Marketing and Mortgage | loan payoff amount | -42,734.02 | 4110-000 | | | 41,679.47 |
| | | rirst american title | escrow costs | -886.50 | 2500-000 | | | 41,679.47 |
| | | kern county | taxes and fees | -2,095.11 | 2820-000 | | | 41,679.47 |
| 11/23/15 | | First American Title | | | | 28,275.30 | | 69,954.77 |
| | {14} | | gross sale | 105,237.01 | 1110-000 | | | 69,954.77 |
| | | MIramar | commission | -6,250.00 | 3510-000 | | | 69,954.77 |
| | | Creative realty & Marketing and Mortgage | loan payoff | -64,169.42 | 4110-000 | | | 69,954.77 |
| | | first american title | title costs | -1,010.00 | 2500-000 | | | 69,954.77 |
| | | kern county | taxes and fees | -3,282.29 | 2820-000 | | | 69,954.77 |
| | | prorations and adjustments | rents adjustments and security deposit | -2,250.00 | 2500-000 | | | 69,954.77 |
| 11/23/15 | | First American | | | | 12,598.09 | | 82,552.86 |

Subtotals :     $83,820.55     $1,267.69

{} Asset reference(s)         Printed: 03/29/2017 12:13 PM    V.13.30

Filed 04/10/17     Case 15-11835     Doc 650

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 15-11835  
**Case Name:** CANNON, JAMES FLOYD  
                CANNON, JAMIE DARLENE  
**Taxpayer ID #:** **-***9894  
**Period Ending:** 03/29/17

**Trustee:** Randell Parker (001630)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9366 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| | {9} | | gross sale | 57,636.13 | 1110-000 | | | 82,552.86 |
| | | MIramar | commissions | -3,750.00 | 3510-000 | | | 82,552.86 |
| | | Creative realty & Marketing and Mortgage | loan payoff | -38,467.16 | 4110-000 | | | 82,552.86 |
| | | first american title | escrow costs | -586.75 | 2500-000 | | | 82,552.86 |
| | | kern county | taxes and fees | -2,014.13 | 2820-000 | | | 82,552.86 |
| | | prorations and adjustments | rents and tax | -220.00 | 2500-000 | | | 82,552.86 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 24.07 | 82,528.79 |
| 12/11/15 | {33} | portfolio | net rents | | 1222-000 | 4,037.15 | | 86,565.94 |
| 12/15/15 | {9} | creative realty | refund | | 1110-000 | 104.01 | | 86,669.95 |
| 12/16/15 | 102 | Trustee Insurance Agency | three months coverage on 7 properties | | 2420-000 | | 2,010.00 | 84,659.95 |
| 12/16/15 | 103 | KLEIN, DENATALE, GOLDNER | court approved fees | | 3210-000 | | 23,445.00 | 61,214.95 |
| 12/16/15 | 104 | KLEIN, DENATALE, GOLDNER | court approved expenses | | 3220-000 | | 1,423.49 | 59,791.46 |
| 12/17/15 | 105 | Bakersfield Plumbing | SEWER REPAIR 325 1/2 WILSON- PRIOR TO SALE | | 2420-000 | | 258.75 | 59,532.71 |
| 12/18/15 | | first american title | | | | 16,835.98 | | 76,368.69 |
| | {13} | | gross sale | 63,551.47 | 1110-000 | | | 76,368.69 |
| | | Creative realty & Marketing and Mortgage | payoffs | -37,600.88 | 4110-000 | | | 76,368.69 |
| | | MIramar and others | r.e. commissions | -3,810.00 | 3510-000 | | | 76,368.69 |
| | | kern county | taxes | -3,478.05 | 2820-000 | | | 76,368.69 |
| | | first american title | title costs | -587.85 | 2500-000 | | | 76,368.69 |
| | | prorations and adjustments | security deposit and pro rate tax | -1,238.71 | 2500-000 | | | 76,368.69 |
| 12/18/15 | | first american title | | | | 16,717.28 | | 93,085.97 |
| | {5} | | gross sale | 72,555.42 | 1110-000 | | | 93,085.97 |
| | | Creative realty & Marketing and Mortgage | payoffs | -44,828.04 | 4110-000 | | | 93,085.97 |
| | | MIramar and others | r.e. commmissions | -4,350.00 | 3510-000 | | | 93,085.97 |
| | | kern county | tax | -4,543.14 | 2820-000 | | | 93,085.97 |
| | | first american title | title costs | -878.25 | 2500-000 | | | 93,085.97 |
| | | prorations and adjustments | security deposit and prorate taxes | -1,238.71 | 2500-000 | | | 93,085.97 |
| 12/23/15 | | first american title | | | | 19,853.16 | | 112,939.13 |
| | {11} | | gross proceed | 70,406.93 | 1110-000 | | | 112,939.13 |
| | | Creative realty & Marketing and Mortgage | payoffs | -40,676.13 | 4110-000 | | | 112,939.13 |

                                                                 Subtotals :        $57,547.58       $27,161.31

{} Asset reference(s)                                                                               Printed: 03/29/2017 12:13 PM     V.13.30

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 15-11835 | | Trustee: | Randell Parker (001630) |
|---|---|---|---|---|
| Case Name: | CANNON, JAMES FLOYD | | Bank Name: | Rabobank, N.A. |
| | CANNON, JAMIE DARLENE | | Account: | ******9366 - Checking Account |
| Taxpayer ID #: | **-***9894 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 03/29/17 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | MIramar and others | commissions | -4,200.00 | 3510-000 | | | 112,939.13 |
| | | kern county | taxes | -4,543.14 | 2820-000 | | | 112,939.13 |
| | | first american title | fees | -334.50 | 2500-000 | | | 112,939.13 |
| | | proeprty mgr reserve | security deposit | -800.00 | 2420-000 | | | 112,939.13 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 145.08 | 112,794.05 |
| 01/05/16 | {1} | creative realty | 216 belle | | 1229-000 | 18.15 | | 112,812.20 |
| 01/05/16 | {1} | creative | 322 wilson | | 1229-000 | 14.93 | | 112,827.13 |
| 01/05/16 | {1} | creative | 327 wilson | | 1229-000 | 14.89 | | 112,842.02 |
| 01/05/16 | {1} | creative | no property reference on ck - 1904 airport sold in august- replacement ck | | 1229-000 | 14.33 | | 112,856.35 |
| 01/05/16 | {33} | portfolio property | december 2015 | | 1222-000 | 4,096.23 | | 116,952.58 |
| 01/19/16 | 106 | Portfolio Properties | eviction on 610 Wilson | | 3991-000 | | 640.00 | 116,312.58 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 160.98 | 116,151.60 |
| 02/09/16 | 107 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2016 FOR CASE #15-11835, 1/1/16- 1/1/17  # 016048575 | | 2300-000 | | 15.44 | 116,136.16 |
| 02/10/16 | {33} | poerfolio property mgmt | 7 owner payments | | 1222-000 | 5,001.47 | | 121,137.63 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 165.02 | 120,972.61 |
| 03/09/16 | {33} | portfolio prop | income | | 1222-000 | 4,568.18 | | 125,540.79 |
| 03/14/16 | 108 | Trustee Insurance Agency | 3/17 -4/30 REMAINING 7 RENTALS | | 2420-000 | | 994.00 | 124,546.79 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 195.06 | 124,351.73 |
| 04/11/16 | {33} | portfolio property mgmt | march statement | | 1222-000 | 2,410.20 | | 126,761.93 |
| 04/20/16 | 109 | First American Title | 322 wilson property tax | | 2500-000 | | 1,434.54 | 125,327.39 |
| 04/25/16 | | first american title | | | | 13,299.08 | | 138,626.47 |
| | {12} | | gross sale | 56,213.87 | 1110-000 | | | 138,626.47 |
| | | MIramar and others | sale commissions | -3,360.00 | 3510-000 | | | 138,626.47 |
| | | Creative realty & Marketing and Mortgage | loan payoff | -37,686.64 | 4110-000 | | | 138,626.47 |
| | | first american title | escrow costs | -585.60 | 2500-000 | | | 138,626.47 |
| | | kern county | tax | -1,282.55 | 2820-000 | | | 138,626.47 |
| 04/25/16 | | first american title | gross sale | | | 17,175.17 | | 155,801.64 |
| | {6} | | sale gross | 68,726.63 | 1110-000 | | | 155,801.64 |
| | | prorations and adjustments | return of tenant deposit | -750.00 | 2500-000 | | | 155,801.64 |
| | | prorations and adjustments | rent adjust | -275.00 | 2500-000 | | | 155,801.64 |
| | | MIramar and others | commissions | -4,110.00 | 3510-000 | | | 155,801.64 |
| | | Creative realty & Marketing and Mortgage | loan payoff | -41,379.66 | 4110-000 | | | 155,801.64 |

Subtotals :     $46,612.63     $3,750.12

{} Asset reference(s)                                                     Printed: 03/29/2017 12:13 PM     V.13.30

Filed 04/10/17    Case 15-11835    Doc 650

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 15-11835 | | | Trustee: | Randell Parker (001630) |
|---|---|---|---|---|---|
| Case Name: | CANNON, JAMES FLOYD | | | Bank Name: | Rabobank, N.A. |
| | CANNON, JAMIE DARLENE | | | Account: | ******9366 - Checking Account |
| Taxpayer ID #: | **-***9894 | | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 03/29/17 | | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | first american title | title costs | -618.35 | 2500-000 | | | 155,801.64 |
| | | kern county | tax | -4,418.45 | 2820-000 | | | 155,801.64 |
| 04/25/16 | | first american title | | | 7,726.97 | | 163,528.61 |
| | {16} | | gross sale | 57,194.41 | 1110-000 | | | 163,528.61 |
| | | prorations and adjustments | prorations and adjustments | -1,025.00 | 2500-000 | | | 163,528.61 |
| | | MIramar and others | commissions | -3,420.00 | 3510-000 | | | 163,528.61 |
| | | Creative realty & Marketing and Mortgage | loan payoff | -40,657.54 | 4110-000 | | | 163,528.61 |
| | | first american title | escrow costs | -561.70 | 2500-000 | | | 163,528.61 |
| | | kern county | tax | -3,803.20 | 2820-000 | | | 163,528.61 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 177.90 | 163,350.71 |
| 05/03/16 | 110 | Creative realty & Marketing and Mortgage | 1812 Airport adequate protection payment per court order | | 4110-000 | | 2,628.07 | 160,722.64 |
| 05/03/16 | 111 | Creative realty & Marketing and Mortgage | 317 Wilson adequate protection payment per court order | | 4110-000 | | 3,904.62 | 156,818.02 |
| 05/04/16 | 112 | Creative realty & Marketing and Mortgage | 405 oildale 7 months adequate protection sept - march | | 4110-000 | | 3,240.16 | 153,577.86 |
| 05/05/16 | 113 | Trustee Insurance Agency | insurance billing on remaining two properties | | 2420-000 | | 188.00 | 153,389.86 |
| 05/09/16 | {1} | crestive realty | refund of escrow overage 110 harding | | 1229-000 | 23.12 | | 153,412.98 |
| 05/09/16 | {1} | creative realty | refund of overpayment 704 washington | | 1229-000 | 13.08 | | 153,426.06 |
| 05/18/16 | {1} | creative realty | escrow pay adjustment | | 1229-000 | 4.55 | | 153,430.61 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 217.71 | 153,212.90 |
| 06/21/16 | {33} | portfolio prop | april and may 2016 | | 1222-000 | 2,803.86 | | 156,016.76 |
| 06/29/16 | | first am title | | | | 7,701.97 | | 163,718.73 |
| | {10} | | gross | 69,040.95 | 1110-000 | | | 163,718.73 |
| | | Creative realty & Marketing and Mortgage | payoff | -48,795.07 | 4110-000 | | | 163,718.73 |
| | | kern county | tax | -7,965.51 | 2820-000 | | | 163,718.73 |
| | | MIramar and others | commisssion | -3,000.00 | 3510-000 | | | 163,718.73 |
| | | first american title | escrow cost | -828.40 | 2500-000 | | | 163,718.73 |
| | | advertising and rent adjustments | security deposit | -750.00 | 2420-000 | | | 163,718.73 |
| 06/29/16 | | first am title | | | | 3,400.62 | | 167,119.35 |
| | {7} | | gross | 70,036.08 | 1110-000 | | | 167,119.35 |
| | | Creative realty & Marketing and Mortgage | payoff | -58,392.69 | 4110-000 | | | 167,119.35 |
| | | MIramar and others | commission | -4,200.00 | 3510-000 | | | 167,119.35 |

Subtotals :      $21,674.17      $10,356.46

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 15-11835  
**Case Name:** CANNON, JAMES FLOYD  
             CANNON, JAMIE DARLENE  
**Taxpayer ID #:** **-***9894  
**Period Ending:** 03/29/17  

**Trustee:** Randell Parker (001630)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9366 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | kern county | tax     -3,213.18 | 2820-000 | | | 167,119.35 |
| | | first american title | escrow cost     -829.59 | 2500-000 | | | 167,119.35 |
| 06/29/16 | 114 | Portfolio Properties | neg balance on 610 wilson | 3991-000 | | 709.21 | 166,410.14 |
| 06/29/16 | 115 | Portfolio Properties | neg balance 329 airport | 3991-000 | | 37.80 | 166,372.34 |
| 06/29/16 | 116 | Portfolio Properties | neg balance 408 oildale | 3991-000 | | 391.70 | 165,980.64 |
| 06/29/16 | 117 | Portfolio Properties | neg balance 325 wilson | 3991-000 | | 532.58 | 165,448.06 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 242.85 | 165,205.21 |
| 07/01/16 | {10} | creative | overpiad payoff 405 oildale | 1110-000 | 27.30 | | 165,232.51 |
| 07/01/16 | {7} | creative | overpaid payoff 408 oildale | 1110-000 | 28.25 | | 165,260.76 |
| 07/28/16 | | first american title | additional proceeds to conform to court order | | 9,389.00 | | 174,649.76 |
| | {16} | | additional funds     10,000.00 | 1110-000 | | | 174,649.76 |
| | | MIramar and others | additional commission     -600.00 | 3510-000 | | | 174,649.76 |
| | | kern county | additional tranfer tax     -11.00 | 2820-000 | | | 174,649.76 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 229.48 | 174,420.28 |
| 08/09/16 | {33} | portfolio properties | final rents | 1222-000 | 2,309.62 | | 176,729.90 |
| 08/29/16 | 118 | KLEIN, DENATALE, GOLDNER | court approved fees | 3210-000 | | 40,323.00 | 136,406.90 |
| 08/29/16 | 119 | KLEIN, DENATALE, GOLDNER | court approved expenses | 3220-000 | | 2,204.60 | 134,202.30 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 277.53 | 133,924.77 |
| 09/07/16 | {33} | portfolio properties | return of reserve | 1222-000 | 200.00 | | 134,124.77 |
| 09/13/16 | {28} | wells fargo | surplus on sale of re-poed ford | 1129-000 | 1,501.89 | | 135,626.66 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 193.45 | 135,433.21 |
| 10/12/16 | 120 | James Cannon | exemption - surplus on re-po sale expedition | 8100-002 | | 1,501.89 | 133,931.32 |
| 01/09/17 | 121 | Randell Parker | Dividend paid 100.00% on $44,720.19,<br>Trustee Compensation; Reference: | 2100-000 | | 44,720.19 | 89,211.13 |
| 01/09/17 | 122 | Randell Parker | Dividend paid 100.00% on $692.48, Trustee Expenses; Reference: | 2200-000 | | 692.48 | 88,518.65 |
| 01/09/17 | 123 | Tammy Wayt and James Cloyd | Dividend paid 100.00% on $1,000.00; Claim# 25; Filed: $1,000.00; Reference: | 5600-000 | | 1,000.00 | 87,518.65 |
| 01/09/17 | 124 | Kern County Treasurer-Tax Collector | Dividend paid 100.00% on $256.04; Claim# 27; Filed: $256.04; Reference: | 5800-000 | | 256.04 | 87,262.61 |
| 01/09/17 | 125 | CACH, LLC | Dividend paid 47.96% on $780.73; Claim# 1; Filed: $780.73; Reference: 7285 | 7100-000 | | 374.46 | 86,888.15 |
| 01/09/17 | 126 | CAT FINANCIAL COMMERCIAL ACCOUNT CORP. | Dividend paid 47.96% on $21,219.99; Claim# 7; Filed: $21,219.99; Reference: 7250 | 7100-000 | | 10,177.48 | 76,710.67 |
| 01/09/17 | 127 | United Consumer Financial Services | Dividend paid 47.96% on $370.53; Claim# 10U; Filed: $370.53; Reference: 3013 | 7100-000 | | 177.71 | 76,532.96 |
| 01/09/17 | 128 | Quantum3 Group LLC as agent for | Dividend paid 47.96% on $1,216.23; Claim# | 7100-000 | | 583.33 | 75,949.63 |

Subtotals :     $13,456.06     $104,625.78

{} Asset reference(s)             Printed: 03/29/2017 12:13 PM     V.13.30

Filed 04/10/17    Case 15-11835    Doc 650

Exhibit 9

Page: 6

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 15-11835  
**Case Name:** CANNON, JAMES FLOYD  
 CANNON, JAMIE DARLENE  
**Taxpayer ID #:** **-***9894  
**Period Ending:** 03/29/17

**Trustee:** Randell Parker (001630)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9366 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 11; Filed: $1,216.23; Reference: 6209 OR 5550 | | | | |
| 01/09/17 | 129 | Capital One, N.A. | Dividend paid 47.96% on $453.06; Claim# 14; Filed: $453.06; Reference: 3366 OR 4436 | 7100-000 | | 217.30 | 75,732.33 |
| 01/09/17 | 130 | Capital One, N.A. | Dividend paid 47.96% on $577.17; Claim# 15; Filed: $577.17; Reference: 6378 | 7100-000 | | 276.82 | 75,455.51 |
| 01/09/17 | 131 | Aera Energy LLC | Dividend paid 47.96% on $4,234.50; Claim# 19; Filed: $4,234.50; Reference: 4PG1 | 7100-000 | | 2,030.94 | 73,424.57 |
| 01/09/17 | 132 | DANIEL'S JEWELERS | Dividend paid 47.96% on $1,078.25; Claim# 22; Filed: $1,078.25; Reference: 9797 | 7100-000 | | 517.15 | 72,907.42 |
| 01/09/17 | 133 | Bustos Insurance Agency | Dividend paid 47.96% on $4,967.05; Claim# 24; Filed: $9,640.06; Reference: 5077 | 7100-000 | | 2,382.29 | 70,525.13 |
| 01/09/17 | 134 | AltaOne Federal Credit Union | Combined Check for Claims#5,6 | | | 18,701.59 | 51,823.54 |
| | | | Dividend paid 47.96% on $20,500.00; Claim# 5; Filed: $20,500.00; Reference: 9883     9,832.16 | 7100-000 | | | 51,823.54 |
| | | | Dividend paid 47.96% on $18,492.71; Claim# 6; Filed: $18,492.71; Reference: 9869     8,869.43 | 7100-000 | | | 51,823.54 |
| 01/09/17 | 135 | Cavalry SPV I, LLC | Combined Check for Claims#17,18 | | | 1,842.65 | 49,980.89 |
| | | | Dividend paid 47.96% on $1,778.78; Claim# 17; Filed: $1,778.78; Reference: 5128 OR 4011     853.13 | 7100-000 | | | 49,980.89 |
| | | | Dividend paid 47.96% on $2,063.15; Claim# 18; Filed: $2,063.15; Reference: 5297 OR 2003     989.52 | 7100-000 | | | 49,980.89 |
| 01/09/17 | 136 | James E. Salven | Combined Check for Claims#et_al. | | | 26,000.00 | 23,980.89 |
| | | | Dividend paid 100.00% on $24,835.95; Claim# ; Filed: $24,835.95     24,835.95 | 3410-000 | | | 23,980.89 |
| | | | Dividend paid 100.00% on $1,164.05; Claim# ; Filed: $1,164.05     1,164.05 | 3420-000 | | | 23,980.89 |

Subtotals :   $0.00   $51,968.74

{} Asset reference(s)                                      Printed: 03/29/2017 12:13 PM    V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

| **Case Number:** | 15-11835 | **Trustee:** | Randell Parker (001630) |
| --- | --- | --- | --- |
| **Case Name:** | CANNON, JAMES FLOYD | **Bank Name:** | Rabobank, N.A. |
| | CANNON, JAMIE DARLENE | **Account:** | ******9366 - Checking Account |
| **Taxpayer ID #:** | **-***9894 | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 03/29/17 | **Separate Bond:** | N/A |

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 01/09/17 | 137 | Toby Curtis | Combined Check for Claims#12,13 | | | 23,980.89 | 0.00 |
| | | | Dividend paid 47.96% 16,067.20 on $33,500.00; Claim# 12; Filed: $33,500.00 | 7100-000 | | | 0.00 |
| | | | Dividend paid 47.96% 7,913.69 on $16,500.00; Claim# 13; Filed: $16,500.00 | 7100-000 | | | 0.00 |
| | | | ACCOUNT TOTALS | | 223,110.99 | 223,110.99 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 223,110.99 | 223,110.99 | |
| | | | Less: Payments to Debtors | | | 1,501.89 | |
| | | | **NET Receipts / Disbursements** | | **$223,110.99** | **$221,609.10** | |

{} Asset reference(s)    Printed: 03/29/2017 12:13 PM    V.13.30

# Form 2

## Cash Receipts And Disbursements Record

Page: 8

| **Case Number:** | 15-11835 | | **Trustee:** | Randell Parker (001630) |
| **Case Name:** | CANNON, JAMES FLOYD | | **Bank Name:** | Rabobank, N.A. |
| | CANNON, JAMIE DARLENE | | **Account:** | ******9367 - Checking Account |
| **Taxpayer ID #:** | **-***9894 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 03/29/17 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| | |
|---|---:|
| Net Receipts : | 223,110.99 |
| Plus Gross Adjustments : | 607,794.60 |
| Less Payments to Debtor : | 1,501.89 |
| Net Estate : | $829,403.70 |

| **TOTAL - ALL ACCOUNTS** | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---:|---:|---:|
| **Checking # ******9366** | 223,110.99 | 221,609.10 | 0.00 |
| **Checking # ******9367** | 0.00 | 0.00 | 0.00 |
| | **$223,110.99** | **$221,609.10** | **$0.00** |

{} Asset reference(s)                                          Printed: 03/29/2017 12:13 PM    V.13.30