**MAKAREM & ASSOCIATES** APLC
Ronald W. Makarem, Esq. (Cal. Bar No. 180442)
11601 Wilshire Boulevard, Suite 2440
Los Angeles, California 90025-1760
Phone: (310) 312-0299; Fax: (310) 312-0296

Attorneys for Debtor JAMES CANNON

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| *In re* JAMES FLOYD CANNON and JAMIE DARLENE CANNON, <br><br> Debtors. | Case No.: 15-bk-11835 <br> DC No.: RWM-1 <br> Chapter 7 <br><br> Hon. Fredrick E. Clement <br><br> **CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I, the undersigned, whose address appears in the above, certify that I am more than eighteen years of age, and on January 12, 2018, I served the following documents described as follows:

1. Complaint for [Legal Malpractice]

I served this document on the following individuals or entities by the indicated methods:

1. Randell Parker, 3820 Herring Road, Arvin, California 93203 (mail);

2. Robert S. Williams, 2441 G Street, Suite A, Bakersfield, California 93301 (mail).

By mail, I caused such envelope with postage thereon fully prepaid to be placed in the U.S. Mail in Los Angeles, California.

Executed on January 12, 2018.

By: __/s/ Jared V. Walder__
  Jared V. Walder

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**