**GREGORY S. POWELL #182199**
Assistant United States Trustee
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
2500 Tulare Street, Suite 1401
Fresno, California 93721
Telephone: (559) 487-5002
Telecopier: (559) 487-5030
greg.powell@usdoj.gov

Attorneys for Tracy Hope Davis,
 United States Trustee

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>**JAMES FLOYD CANNON and JAIME DARLENE CANNON,**<br><br>Debtor(s). | Case No. **15-11835-A-7**<br><br>Chapter 7 |

## APPOINTMENT OF SUCCESSOR TRUSTEE

Tracy Hope Davis, United States Trustee for Region 17, having received the Order Modifying Order Reopening Case and Requesting Appointment of Chapter 7 Trustee, hereby appoints the following person as successor trustee pursuant to 11 U.S.C. § 703(a):

        Name:     TRUDI MANFREDO
        Address:  377 W. Fallbrook Ave., Suite 102
                         Fresno, CA 93711
        Phone No.: (559) 242-5577

////

////

1

In the absence of written notification to the bankruptcy court and the United States Trustee rejecting the appointment within seven (7) days after receipt of this notice of selection, the above named individual will be deemed to have accepted this appointment as successor trustee pursuant to Rule 2008 of the Federal Rules of Bankruptcy Procedure.

Dated: February 1, 2018.

                    Respectfully submitted,

                    Gregory S. Powell
                    Assistant United States Trustee

                    By: /s/ Gregory S. Powell

                    Attorney for Tracy Hope Davis,
                        United States Trustee

                    E-filer: Joan Caskey
                    Direct phone: 559-487-5002 Ext. 229
                    E-mail: joan.caskey@usdoj.gov