**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                          ) Case No. 15-11835 - A - 7
James Floyd Cannon and         ) Docket Control No. RWM-2
Jamie Darlene Cannon,          ) Document No. 665
            Debtors.           ) Date: 03/07/2018
                               ) Time: 10:00 AM
                               ) DEPT: A
```

**Order**

Findings of Fact and Conclusions of Law are stated on the record for the hearing.

The Debtors' Motion to Deem *Barton* Doctrine Inapplicable or, Alternatively, to Obtain Leave of Court to Prosecute Malpractice Action in State Court having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

It is hereby ordered that the motion is denied without prejudice.

Dated: Mar 13, 2018

_____
Fredrick E. Clement
United States Bankruptcy Judge

[665] - Motion/Application to Deem Barton Doctrine Inapplicable [RWM-2] Filed by Debtor James Floyd Cannon (mfrs) [665] - Motion/Application to Obtain Leave of Court to Prosecute Malpractice Action in State Court [RWM-2] Filed by Debtor James Floyd Cannon (mfrs)