**3**
Lisa Holder, CSB No. 217752
Lisa Noxon Holder, PC
3710 Earnhardt Drive
Bakersfield, CA 93306
661.205.2385
Lholder@Lnhpc.com
www.Lnhpc.com

Attorneys for Trudi G. Manfredo, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>James Floyd Cannon and<br>Jamie Darlene Cannon,<br><br>Debtors. | Case No. 15-11835-A-7<br><br>Chapter 7<br><br>DC No. LNH-1<br><br>Date:  August 22, 2018<br>Time:  9:00 a.m.<br>Place:  United States Courthouse<br>         2500 Tulare Street, 5th Floor<br>         Courtroom 11<br>         Fresno, California<br>Judge: Hon. Fredrick E. Clement |

## PROOF OF SERVICE

I am employed in the county of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 3710 Earnhardt Drive, Bakersfield, California 93306. My e-mail address is bpruett@Lnhpc.com.

On **July 25, 2018**, I served the document described as:

**Trustee's Motion Under Rule 9019 to Approve Compromise of Property of the Estate Dispute**

**Notice of hearing on Trustee's Motion Under Rule 9019 to Approve Compromise of Property of the Estate Dispute**

**Memorandum of points and authorities in support of Trustee's Motion Under Rule 9019 to Approve Compromise of Property of the Estate Dispute**

| | |
|---|---|
| 1 | **Trudi G. Manfredo's Declaration in support of Trustee's Motion Under Rule 9019 to Approve Compromise of Property of the Estate Dispute** |
| 2 | |
| 3 | **Jared Walder's Declaration in support of Trustee's Motion Under Rule 9019 to Approve Compromise of Property of the Estate Dispute** |
| 4 | **Exhibits in Support of Trustee's Motion Under Rule 9019 to Approve Compromise of Property of the Estate Dispute** |

[X] by placing the true copies thereof addressed as follows:

[ ] by placing the original thereof addressed as follows:

**SEE ATTACHED MAILIG LIST**

[X] **BY MAIL** I enclosed such document in sealed envelope(s) with the name(s) and address(es) of the person(s) served as shown on the envelope(s) and caused such envelope(s) to be deposited in the mail at Bakersfield, California. The envelope(s) was/were mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the foregoing is true and correct.

Executed on **July 25, 2018**, at Bakersfield, California.

| Bryan L. Pruett | /s/ Bryan L. Pruett |
|---|---|
| Type or Print Name | Signature |

ORIGINAL

Ronald W. Makarem
11601 Wilshire Blvd #2 440
Los Angeles, CA 90025

Robert S. Williams
2441 G St., Ste. A
Bakersfield, CA 93 301

James Floyd Cannon
1134 W Galloway Ave
Weiser, ID 83672

Jamie Darlene Cannon
1134 W Galloway Ave
Wesier, ID 83672

Trudi Manfredo
377 W. Fallbrook Ave., Suite 102
Fresno, CA 93711

Office of the U.S. Trustee
United States Courthouse
2500 Tulare Street, Room 1401
Fresno, CA 93721

Leonard K. Welsh
Toby Curtis / Black Gold Road, LLC
4550 California Ave 2nd Fl
Bakersfield, CA 93309-7012

Caterpillar Financial Services Corporation
Poniatowski Leding Parikh PC
20980 Redwood Rd #200
Castro Valley, CA 94546-5934