**PHILLIP GILLET, JR.**
ATTORNEY AT LAW
1705 27TH STREET
BAKERSFIELD, CALIFORNIA 93301-2807
(661) 323-3200 ● FACSIMILE (661) 323-3078
Phillip W. Gillet, Jr., State Bar No. 214914

Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re:<br>JAMES FLOYD CANNON<br>JAIME DARLENE CANNON<br><br>Address:  1134 W. Galloway Avenue<br>           Weiser, ID  83672<br><br><br>Social Security No(s)./TIP No(s).<br>       xxx-xx-5710<br>Tax ID / EIN: 46-0551860<br><br>        Debtor(s). | Case No.: 15-11835-A-7<br>Chapter 7<br>Docket Control No(s).: PWG-1 |

***EX PARTE* SUBSTITUTION OF ATTORNEY AND ORDER UNDER UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA L.R. 83-183 MADE APPLICABLE BY LBR 1001-1(c).**

1.   **Former Attorney**: I wish to relieve myself as my attorney of record for this bankruptcy case.

2.   **New Attorney**: I wish to substitute PHILLIP W. GILLET, JR. as my attorney of record in this bankruptcy case.

3.   All future service should be made on both the debtor(s) and the debtor's(s')new counsel.

I consent to this substitution.

_____   _____
DEBTOR, JAMES FLOYD CANNON                JOINT DEBTOR, JAIME DARLENE CANNON
Date:_____  Date:_____


I agree to this substitution of attorney.        _____
Date: _____              RONALD W. MAKAREM, FORMER ATTORNEY

1
SUBSTITUTION OF ATTORNEY

1
2
3
4  I accept this substitution of attorney.

5  Date: Thursday, October 25, 2018        _____

   New Attorney, PHILLIP W. GILLET, JR.
6
7  Finding good cause, **IT IS SO ORDERED.**

8  Date:___/___, 200__                     _____
                                           Judge of the United States Bankruptcy Court
9
10
...
28

1705 27TH STREET • BAKERSFIELD, CA 93301-2807 • (661) 323-3200 • FACSIMILE (661) 323-3078 • www.bakersfieldlaw.org

PHILLIP GILLET, JR.
ATTORNEY AT LAW