TRUDI G. MANFREDO, Bar No. 166474
Chapter 7 Trustee
377 W. Fallbrook Ave., Ste. 102
Fresno, California 93711
Telephone: (559) 242-5577
Facsimile: (559) 513-8148

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| In the Matter of | Case No. 15-11835-A-7 |
| | Chapter 7 |
| JAMES FLOYD CANNON and JAMIE DARLENE CANNON, | **RESIGNATION OF APPOINTMENT AS TRUSTEE** |
| Debtor(s). | Honorable Fredrick E. Clement |

Notice is hereby given that TRUDI G. MANFREDO resigns as the appointed Trustee in the above-captioned case.

Dated: 12-21-18

/s/ TRUDI G. MANFREDO
TRUDI G. MANFREDO
CHAPTER 7 TRUSTEE