**GREGORY S. POWELL #182199**
Assistant United States Trustee
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
2500 Tulare Street, Suite 1401
Fresno, California 93721
Telephone: (559) 487-5002
Telecopier: (559) 487-5030
greg.powell@usdoj.gov

Attorneys for Tracy Hope Davis,
  United States Trustee

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 15-11835-A-7 |
| JAMES FLOYD CANNON and JAIME DARLENE CANNON, | ) ) ) | Chapter 7 |
| Debtor(s). | ) ) ) | |

APPOINTMENT OF SUCCESSOR TRUSTEE

Tracy Hope Davis, United States Trustee for Region 17, having received the Resignation of Appointment as Trustee, hereby appoints the following person as successor trustee pursuant to 11 U.S.C. § 703(a):

Name: PETER L. FEAR
Address: P.O. BOX 28490
FRESNO, CA 93729
Phone No.: (559) 464-5295

////

////

////

In the absence of written notification to the bankruptcy court and the United States Trustee rejecting the appointment within seven (7) days after receipt of this notice of selection, the above named individual will be deemed to have accepted this appointment as successor trustee pursuant to Rule 2008 of the Federal Rules of Bankruptcy Procedure.

Dated: December 31, 2018.

                    Respectfully submitted,

                    Gregory S. Powell
                    Assistant United States Trustee

                    By: /s/  Gregory S. Powell

                    Attorney for Tracy Hope Davis,
                       United States Trustee

                    E-filer:  Joan Caskey
                    Direct phone:  559-487-5002 Ext. 229
                    E-mail:  joan.caskey@usdoj.gov