**3**

TRUDI G. MANFREDO, Bar No. 166474
CHAPTER 7 TRUSTEE
377 W. Fallbrook Ave., Suite 102
Fresno, California 93711
Telephone: (559) 242-5577
Facsimile: (559) 513-8148

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| In the Matter of | ) Case No. 15-11835–A-7 |
|---|---|
| | ) Chapter 7 |
| JAMES FLOYD CANNON and<br>JAMIE DARLENE CANNON, | ) DC#: TMT-1 |
| | ) Date: None Set<br>) Time: None set |
| Debtor(s). | ) Dept.: A, Courtroom 11, Fresno<br>) Honorable Fredrick E. Clement |

**MOTION FOR APPROVAL AND PAYMENT OF
TRUSTEE COMMISSION AND EXPENSES**

    1.    Name of Movant: Trudi G. Manfredo, former Chapter 7 Trustee.

    2.    Type of services rendered: Chapter 7 Trustee.

    3.    Date of filing of the petition under Chapter 7 of the Bankruptcy Code: May 6, 2015.

    4.    Date of conversion: N/A

    5.    Date Case Closed: May 17, 2017.

    6.    Case Reopened: January 16, 2018.

    7.    Date of appointment of first Successor Trustee: February 1, 2018.

    8.    Date of filing of last fee and/or expense Motion: N/A.

9. Total fees allowed or paid to Movant to date (including retainers and prior approved fee Motions): N/A

    a. Retainer received: N/A

    b. Retainer remaining as of the date of the Motion: N/A

    c. Total amount requested in all prior Motions: N/A

    d. Total amount actually paid pursuant to prior approved Motions: N/A

    e. Total amount currently due but unpaid pursuant to prior approved Motions: N/A

    f. Total amount allowed but reserved pending final fee Motion: N/A

10. Time period covered by this Motion: February 1, 2018 through December 21, 2018, the date of Trustee's resignation from the case.

11. Source of Compensation: Movant requests approval of her statutory commission and administrative expenses from funds currently held in the Second Successor Trustee's Chapter 7 bankruptcy estate.

12. Filed concurrently herewith and incorporated herein by reference as **Exhibit A** is a more detailed description of the tasks that were done, the necessity, and benefit to the estate

13. Trustee did not track her hours in this case. Trustee is seeking commission in the amount of $1,650.00, and expenses in the amount of $73.47.

WHEREFORE, Movant prays as follows:

1. An allowance be made in the sum of $1,650.00 as former Trustee's statutory commission.

2. An allowance be made in the sum of $73.47 for expenses.

3. The Chapter 7 Trustee be authorized to make payment of

Filed 01/16/19     Case 15-11835     Doc 734

1  $1,723.47 to Movant as payment in full for Trustee's statutory
2  commission and expenses.
3     4.   Movant be provided such other and further relief as is just
4  and proper.
5  Dated: 1-11-19                    /s/ TRUDI G. MANFREDO
                                     TRUDI G. MANFREDO, Trustee