**4**
Mark D. Poniatowski, Esq. (#123405)
Kimberly F. Leding, Esq. (#233618)
Meera T. Parikh, Esq. (#217996)
PONIATOWSKI LEDING PARIKH PC
20980 Redwood Road, Suite 200
Castro Valley, California 94546
Telephone: (510) 881-8700
Facsimile: (510) 881-8702

Attorneys for Creditor
Caterpillar Financial Services Corporation

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

(BAKERSFIELD DIVISION)

| | |
|---|---|
| In re | Chapter 7 Case No. 15-11835 |
| | DCN: PWG-2 |
| JAMES FLOYD CANNON and JAMIE DARLENE CANNON, | EXHIBIT "A" TO THE DECLARATION OF STEPHANIE FLOYD IN SUPPORT OF OPPOSITION OF CATERPILLAR FINANCIAL SERVICES CORPORATION TO MOTION TO AVOID LIEN |
| Debtors. | Date: April 3, 2019<br>Time: 9:45 a.m.<br>Judge: Hon. Fredrick E. Clement<br>Location: 510 – 19th Street, Bakersfield, CA |

| Exhibit | Title | Pages |
|---|---|---|
| A | Judgment entered on July 7, 2017 | 2-4 |

In Re James Floyd Cannon and Jamie Darlene Cannon, Chapter 7 Case No. 15-11835
EXHIBIT "A" TO THE DECLARATION OF STEPHANIE FLOYD IN SUPPORT OF OPPOSITION OF CATERPILLAR FINANCIAL SERVICES CORPORATION TO MOTION TO AVOID LIEN

Page -1-

**EXHIBIT "A"**

JUD-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Mark D. Poniatowski, Esq. (#123405)<br>Kimberly F. Leding (#233618); Meera T. Parikh, Esq. (#217996)<br>PONIATOWSKI LEDING PARIKH PC<br>20980 Redwood Road, Suite 200, Castro Valley CA 94546<br>TELEPHONE NO.: (510) 881-8700    FAX NO. (Optional): (510) 881-8702<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff Caterpillar Finanical Service Corporation | CONFORMED COPY<br>OF ORIGINAL FILED<br>Los Angeles Superior Court<br><br>JUL -7 2017<br><br>Sherri R. Carter, Executive Officer/Clerk<br>BY_____, Deputy<br>Cathy Brown |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES<br>STREET ADDRESS: 600 E. Broadway<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Glendale, CA 92106<br>BRANCH NAME: NORTH CENTRAL - GLENDALE | |
| PLAINTIFF: CATERPILLAR FINANCIAL SERVICES CORPORATION | |
| DEFENDANT: Jimmy Cannon, an individual dba J&J Clean Up Service; et al. | |

RECEIVED JUN 30 2017 NORTH CENTRAL - GLENDALE

| JUDGMENT<br>[ ] By Clerk    [X] By Default    [ ] After Court Trial<br>[X] By Court    [ ] On Stipulation    [ ] Defendant Did Not Appear at Trial | CASE NUMBER:<br><br>EC063177 |
|---|---|

## JUDGMENT

1. [X] **BY DEFAULT**
   a. Defendant was properly served with a copy of the summons and complaint.
   b. Defendant failed to answer the complaint or appear and defend the action within the time allowed by law.
   c. Defendant's default was entered by the clerk upon plaintiff's application.
   d. [ ] **Clerk's Judgment** (Code Civ. Proc., § 585(a)). Defendant was sued only on a contract or judgment of a court of this state for the recovery of money.
   e. [X] **Court Judgment** (Code Civ. Proc., § 585(b)). The court considered
      (1) [ ] plaintiff's testimony and other evidence.
      (2) [X] plaintiff's written declaration (Code Civ. Proc., § 585(d)).

2. [ ] **ON STIPULATION**
   a. Plaintiff and defendant agreed (stipulated) that a judgment be entered in this case. The court approved the stipulated judgment and
   b. [ ] the signed written stipulation was filed in the case.
   c. [ ] the stipulation was stated in open court    [ ] the stipulation was stated on the record.

3. [ ] **AFTER COURT TRIAL.** The jury was waived. The court considered the evidence.
   a. The case was tried on (date and time):
      before (name of judicial officer):
   b. Appearances by:
      [ ] Plaintiff (name each):                      [ ] Plaintiff's attorney (name each):
          (1)                                              (1)
          (2)                                              (2)
          [ ] Continued on Attachment 3b.

      [ ] Defendant (name each):                     [ ] Defendant's attorney (name each):
          (1)                                              (1)
          (2)                                              (2)
          [ ] Continued on Attachment 3b.

   c. [ ] Defendant did not appear at trial. Defendant was properly served with notice of trial.
   d. [ ] A statement of decision (Code Civ. Proc., § 632) [ ] was not [ ] was    requested.

| Form Approved for Optional Use<br>Judicial Council of California<br>JUD-100 [New January 1, 2002] | **JUDGMENT** | Code of Civil Procedure, §§ 585, 664.6<br>LexisNexis® Automated California Judicial Council Forms |
|---|---|---|

| PLAINTIFF: CATERPILLAR FINANCIAL SERVICES CORPORATION | CASE NUMBER: |
|---|---|
| DEFENDANT: Jimmy Cannon, an individual dba J&J Clean Up Service; et al. | EC063177 |

**JUDGMENT IS ENTERED AS FOLLOWS BY:** [X] THE COURT    [ ] THE CLERK

4. [ ] **Stipulated Judgment.** Judgment is entered according to the stipulation of the parties.

5. **Parties.** Judgment is
   a. [X] for plaintiff *(name each)*:
   CATERPILLAR FINANCIAL SERVICES CORPORATION, a Delaware corporation
   and against defendant *(names)*:
   JAMES FLOYD CANNON, an individual dba J&J CLEAN UP SERVICE
   [ ] Continued on Attachment 5a.
   
   b. [ ] for defendant *(name each)*:
   
   c. [ ] for cross-complainant *(name each)*:
   and against cross-defendant *(name each)*:
   [ ] Continued on Attachment 5c.
   
   d. [ ] for cross-defendant *(name each)*:

6. **Amount.**
   a. [ ] Defendant named in item 5a above must pay plaintiff on the complaint:

   | (1) [X] Damages | $ 57,577.99 |
   |---|---|
   | (2) [X] Prejudgment interest at the annual rate of 7.65 % | $ 11,481.12 |
   | (3) [X] Attorney fees | $ 2,041.56 |
   | (4) [X] Costs | $ 639.00 |
   | (5) [ ] Other *(specify)*: | $ |
   | (6) **TOTAL** | $ 71,739.67 |

   c. [ ] Cross-defendant named in item 5c above must pay cross-complainant on the cross-complaint:

   | (1) [ ] Damages | $ |
   |---|---|
   | (2) [ ] Prejudgment interest at the annual rate of % | $ |
   | (3) [ ] Attorney fees | $ |
   | (4) [ ] Costs | $ |
   | (5) [ ] Other *(specify)*: | $ |
   | (6) **TOTAL** | $ 0.00 |

   b. [ ] Plaintiff to receive nothing from defendant named in item 5b.
   [ ] Defendant named in item 5b to recover costs $ [ ] and attorney fees $

   d. [ ] Cross-complainant to receive nothing from cross-defendant named in item 5d.
   [ ] Cross-defendant named in item 5d to recover costs $ [ ] and attorney fees $

7. [X] Other *(specify)*: The Judgment shall earn interest at the legal rate and Plaintiff shall be entitled to recover attorney's fee and costs incurred enforcing the Judgment.

Date: JUL 7 2017     LAURA A. MATZ, JUDGE
                            JUDICIAL OFFICER

Date: _____ [ ] Clerk, by _____, Deputy

**CLERK'S CERTIFICATE** *(Optional)*

(SEAL)

I certify that this is a true copy of the original judgment on file in the court.

Date:

Clerk, by _____, Deputy

Page 2 of 2

JUD-100 [New January 1, 2002]     **JUDGMENT**     *LexisNexis® Automated California Judicial Council Forms*